# Exhibit A

## 12H84CV000376 Inspectional Services Department v. Dickey, James et al

| | |
|---|---|
| Case Type | Housing Court Civil |
| Status Date: | 05/09/2012 |
| Case Judge: | |
| Next Event: | |

Case Status  Active
File Date  05/09/2012
DCM Track:

**Property Address**
495-497 East Fourth Street
S. Boston MA 02127-1612

All Information | Party | Event | Docket | Disposition

### Party Information

**Inspectional Services Department - Plaintiff**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Coburn, Esq., Edward (655916) | |
| Waterfall, Esq., David (657549) | |

More Party Information

**Dickey, James - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se (PROPER) | |

More Party Information

**Capital Trust, LLC - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Traini, Esq., Rosemary A (501570) | |

More Party Information

**Household Finance Corp II - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Owens, Esq., Scott C. (654406) | |

More Party Information

**Cotter, James J. - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se (PROPER) | |

More Party Information

**East Fourth Street LLC - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se (PROPER) | |

More Party Information

**Cotter, III, Esquire, James J - Receiver**

**Alias**

More Party Information

| Attorney/Bar Code | Phone Number |
|---|---|
| Cotter, III, Esq., James J (101620) | |

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 05/23/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Hearing | Not held but resolved |
| 06/08/2012 12:00 PM | Second Session | | Courtroom 14 - 5th Floor | Hearing | Continued |
| 06/20/2012 09:30 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Denied |
| 06/22/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 06/22/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 06/29/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 07/20/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 08/17/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 09/14/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 09/28/2012 11:00 AM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Held |
| 11/02/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | |
| 11/02/2012 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | |
| 03/15/2013 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Not held but resolved |
| 06/21/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 06/28/2013 11:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |
| 08/02/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Hearing | Continued |
| 09/13/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Rescheduled |
| 10/18/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 11/01/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 12/20/2013 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 01/17/2014 12:00 PM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Reassigned to Different Session |
| 01/17/2014 12:00 PM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | |

| Date | Session | Locality | Location | Type | Result |
|------|---------|----------|----------|------|--------|
| 01/17/2014 12:00 PM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 02/04/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Held |
| 03/25/2014 09:00 AM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Continued |
| 03/26/2014 12:00 PM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Brought forward |
| 04/01/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 04/08/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Brought forward |
| 04/25/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |
| 05/23/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Hearing on Application for TRO | Continued |
| 06/13/2014 09:00 AM | First Session | | Courtroom 15 - 5th Floor | Hearing | Continued |
| 06/27/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 06/27/2014 09:00 AM | Second Session | | Courtroom 14 - 5th Floor | Status Hearing | Reassigned to Different Session |
| 07/18/2014 09:00 AM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Not held but resolved |
| 07/18/2014 09:00 AM | Second Session | | Courtroom 14 - 5th Floor | Status Hearing | Reassigned to Different Session |
| 07/18/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |
| 07/18/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Reassigned to Different Session |
| 08/15/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 09/17/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Hearing | Held |
| 10/08/2014 12:00 PM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Reassigned to Different Session |
| 10/08/2014 12:00 PM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 10/17/2014 12:00 PM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 10/24/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Rescheduled |
| 10/31/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 11/14/2014 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Continued |
| 01/09/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 03/20/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| | Third Session | | | Status Hearing | Continued |

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 05/01/2015 09:00 AM | | | Courtroom 16 - 5th Floor | | |
| 05/29/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Allowed |
| 06/19/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 08/07/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Rescheduled |
| 08/14/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 08/28/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 09/25/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 10/23/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 10/23/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Motion Hearing | Allowed |
| 11/06/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 12/04/2015 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Continued |
| 01/15/2016 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |
| 01/29/2016 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |
| 03/04/2016 09:00 AM | Third Session | | Courtroom 16 - 5th Floor | Status Hearing | Held |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 05/09/2012 | Civil Complaint filed | |
| 05/09/2012 | Scheduled | |
| | Event: Hearing | |
| | Date: 05/23/2012  Time: 11:00 AM Result: Not held but resolved | |
| 05/09/2012 | Order of Notice issued.  Party(s) must show cause why THIS PETITION FOR A RECEIVER SHOULD NOT BE ALLOWED and service must be given AT LEAST TWO DAYS before scheduled hearing | |
| 05/23/2012 | Return of service Administrative Search Warrant completed | |
| 05/23/2012 | Event Resulted | |
| | The following event: Hearing scheduled for 05/23/2012 11:00 AM has been resulted as follows: | |
| | Result: Not held but resolved | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 05/23/2012 | ORDER APPOINTING RECEIVER-James J. Cotter, III, Esquire is appt. See order for details | |
| 05/31/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 06/22/2012  Time: 11:00 AM<br>Result: Continued | |
| 05/31/2012 | Motion to dismiss or in the alternative to stay the receivership filed by East Fourth Street, LLC, James Dickey | |
| 05/31/2012 | Scheduled | |
| | Event: Motion Hearing | |
| | Date: 06/22/2012  Time: 11:00 AM | |
| | Notice mailed<br>Result: Held | |
| 06/01/2012 | Defts notice of removal to the United State District Court | |
| 06/05/2012 | Scheduled | |
| | Event: Hearing | |
| | Date: 06/08/2012  Time: 12:00 PM  BAOP w/assent of Judge Muirhead<br>Result: Continued | |
| 06/05/2012 | The order appointing receiver with the acceptance noted by James J. Cotter, III | |
| 06/08/2012 | Event Resulted | |
| | The following event: Hearing scheduled for 06/08/2012 12:00 PM has been resulted as follows: | |
| | Result: Continued | |
| | Reason: Court Action | |
| 06/08/2012 | Receivers motion for TRO/PI enjoining defts from entering property (FIOC) | |
| 06/08/2012 | Receiver's motion for view | |
| 06/08/2012 | Affidavit of James J. Cotter in supoprt of motion for view | |
| 06/08/2012 | ORDER APPOINTING RECEIVER-CC 6/20/12. See order for all details | |
| 06/11/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 06/20/2012  Time: 09:30 AM | |
| | ORDER MAILED<br>Result: Denied | |
| 06/20/2012 | Event Resulted | |
| | The following event: Status Hearing scheduled for 06/20/2012 09:30 AM has been resulted as follows: | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Result: Denied | |
| | Reason: Court Action | |
| 06/20/2012 | Event Resulted | |
| | The following event: Status Hearing scheduled for 06/22/2012 11:00 AM has been resulted as follows: | |
| | Result: Continued | |
| | Reason: Court Action | |
| 06/20/2012 | Event Resulted | |
| | The following event: Motion Hearing scheduled for 06/22/2012 11:00 AM has been resulted as follows: | |
| | Result: Held | |
| 06/20/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 06/29/2012 Time: 11:00 AM<br>Result: Continued | |
| 06/20/2012 | Tape Cassette and Digital Recordings of Proceedings MGL 262 section 4b  Receipt: 37940  Date: 06/20/2012 | |
| 06/21/2012 | CORRECTED ORDER-See order for all details. | |
| | Order mailed | |
| 06/26/2012 | CD ready. Left voice message today. | |
| 06/29/2012 | Event Resulted | |
| | The following event: Status Hearing scheduled for 06/29/2012 11:00 AM has been resulted as follows: | |
| | Result: Continued | |
| | Reason: Court Action | |
| 07/05/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 07/20/2012 Time: 11:00 AM<br>Result: Continued | |
| 07/20/2012 | Event Resulted | |
| | The following event: Status Hearing scheduled for 07/20/2012 11:00 AM has been resulted as follows: | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Result: Continued | |
| | Reason: Court Action | |
| 07/20/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 08/17/2012  Time: 11:00 AM | |
| | PNIOC | |
| | Result: Continued | |
| 08/08/2012 | Motion to add deft and to enjoin such deft from disbursing funds filed by James J Cotter, III, Esquire | |
| 08/17/2012 | Event Resulted | |
| | The following event: Status Hearing scheduled for 08/17/2012 11:00 AM has been resulted as follows: | |
| | Result: Continued | |
| | Reason: Court Action | |
| 08/17/2012 | ORDER ON RECEIVER'S MOTION TO ADD DEFT AND TO ENJOIN SUCH DEFT FROM DISBURSING FUNDS - Deft Endeavor Capital Funding LLC is added.  See order for all details | |
| 08/17/2012 | ORDER ON REMAND- Pursuant to allowance of ISDs motion to remand. this case is hereby remanded to Housing Court.  (FIOC) | |
| 08/21/2012 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 09/14/2012  Time: 11:00 AM   PNIOC<br>Result: Continued | |
| 09/14/2012 | Event Resulted<br>The following event: Status Hearing scheduled for 09/14/2012 11:00 AM has been resulted as follows: | |
| | Result: Continued | |
| | Reason: Court Action | |
| 09/14/2012 | Scheduled<br>Event: Motion Hearing<br>Date: 09/28/2012  Time: 11:00 AM | |
| 09/14/2012 | Motion by James Dickey, East Fourth Street, LLC for Temporary Restraining Order | |
| 09/14/2012 | Order of Notice issued.  Party(s) must show cause why THIS MOTION SHOULD NOT BE ALOWED and service must be given AT LEAST TWO DAYS before scheduled hearing. | |
| 09/14/2012 | Answer of Capital Trust, LLC | |
| | FIOC | |
| 09/28/2012 | Event Resulted<br>The following event: Motion Hearing scheduled for 09/28/2012 11:00 AM has been resulted as follows: | |
| | Result: Held | |
| 09/28/2012 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | ORDER ON AMENDED REC'S MOTION FOR TRO/P. I. ENJOIING DEFTS FROM ENTERING INTO, OR AROUND PROPERTY-See case for all details. Rec., Jim Cotter given copies for his records and for service in clerks office and copy give to plff | |
| 10/05/2012 | Motion for authorization to retain legal counsel and for order relating to payments of legal counsel fees filed by James J Cotter, III, Esquire | |
| 10/12/2012 | Taken under advisement-Motion for counsel fees | |
| 10/12/2012 | Scheduled<br>Event: Status Hearing<br>Date: 11/02/2012 Time: 11:00 AM | |
| 10/16/2012 | Scheduled<br>Event: Motion Hearing<br>Date: 11/02/2012 Time: 11:00 AM | |
| 10/23/2012 | Motion for authorization to enter into loan for repairs to receivership property filed by James J Cotter, III, Esquire | |
| 10/23/2012 | Motion for authorization to enter into contract for repairs filed by James J Cotter, III, Esquire | |
| 10/23/2012 | Return of service L&U of order completed | |
| 11/05/2012 | Motion to recuse Judge Muirhead filed by James Dickey | |
| 11/05/2012 | Motion to recuse Judge Winik filed by James Dickey | |
| 11/07/2012 | James Dickey's motion in opposition of counter-deft. City of Boston's Motion to dismiss | |
| 11/07/2012 | Plff, City of Boston's opposition to defts motion to dismiss | |
| 11/07/2012 | Original documents numbered 1 - 49 | |
| 11/21/2012 | Deft/third party plff James Dickey's motion to remove receiver James Cotter III | |
| 11/26/2012 | Opposition to deft/third party plff James Dickey's motion to remove receiver Jamea Cotter III by James J Cotter, III, Esquire | |
| 11/27/2012 | NOTICE OF REQUEST FOR INTERDEPARTMENTAL TRANSFER-Assign a judge from the Housing Court other than Judges Muirhead or Winik, to sit as a Superior Court Judge to preside over the claims. See order for all details. | |
| | Order mailed this day by alg | |
| 01/25/2013 | Receiver's Report dated 1/23/13 | |
| 01/30/2013 | Scheduled | |
| | Event: Status Hearing | |
| | Date: 03/15/2013 Time: 11:00 AM per Mrs. Duffy | |
| | Docketed without case | |
| 02/01/2013 | Event Resulted | |
| | The following event: Status Hearing scheduled for 03/15/2013 11:00 AM has been resulted as follows: | |
| | Result: Not held but resolved, O.T.L. per Judge Muirhead | |
| 02/25/2013 | Deft. James Dickey's reply to reciever James Cotter's opposition to his removal | |
| 03/06/2013 | Motion to withdraw appearance of counsel filed by | |
| 03/25/2013 | ORDER OF TRANSFER AND ASSIGNMENT-Matter is transferred from Boston Housing Court to the Superior Court and First Justice David Kerman of the Nrotheast Division is authorized and assigned to sit as a Justice of the Superior Court Dept. See order for all details (Mulligan CJ of the Trial Court) | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|

**04/29/2013**   Order from Chief Justice of the Trial Court Re: Order revoking Order of March 18. 2013 and new Order of Transfer that transfers the third-party claims and counterclaims asserted by the defendants in the above entitled matter from the Boston division of the Housing Court Dept.. to the Superior Court Department.

**05/13/2013**   All Third-party claims & counterclaims copied and filed with the Clerks Office. Suffolk Superior Court; Michael Joseph Sullivan, Clerk Magistrate.

**05/29/2013**   Scheduled

Event: Status Hearing

Date: 06/21/2013  Time: 09:00 AM

Notice mailed

**05/31/2013**   Req for hearing on motion to w/draw of Atty Keller

**06/18/2013**   Motion for approval of interim fees and expenses filed by James J Cotter. III. Esquire

**06/21/2013**   Atty Keller's motion to w/draw as to James Dickey personally is allowed but not as to the LLC unless new counsel files appearance.

**06/21/2013**   Event Resulted
The following event: Status Hearing scheduled for 06/21/2013 09:00 AM has been resulted as follows:
Result: Continued
Reason: Court Action
Appeared:

**06/21/2013**   Scheduled
Event: Status Hearing
Date: 06/28/2013  Time: 11:00 AM
Result: Held

**06/26/2013**   Deft. James Dickey's opposition to receiver's motion for approval of interim fees and expenses

**07/09/2013**   ORDER - Motion to recuse Judge Muirhead - denied

Motion to recuse Judge Kerman - denied

Defts motion to remove receiver - denied

Defts motion for TRO -                      denied

rec's motion for authorization to retain legal councel - Court took no action

Defts motion to gain access - there is a view schd 7/8/13

rec's motion for authorization to enter in to contract for repairs and and loan for repairs - Clerk to schd evidentary hearing 1st avail. date

Motion to w/draw as counsel - allowed

rec's motion for approval of interim fees and expenses - rec to provide detailed report.

SEE ORDER FOR ALL FURTHER DETAILS

Applies To: Inspectional Services Department (Plaintiff)

**07/10/2013**   ORder mailed

**07/10/2013**   Event Resulted
The following event: Status Hearing scheduled for 06/28/2013 11:00 AM has been resulted as follows:
Result: Held

**07/16/2013**   Scheduled

Event: Hearing

Date: 08/02/2013  Time: 09:00 AM

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Notice mailed<br>Result: Continued | |
| 08/08/2013 | ORDER-CC 9/13/13 for status.  See order for all details | |
| | Order mailed | |
| 08/08/2013 | Event Resulted<br>The following event: Hearing scheduled for 08/02/2013 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 08/08/2013 | Scheduled<br>Event: Status Hearing<br>Date: 09/13/2013  Time: 09:00 AM<br>Result: Rescheduled | |
| 09/10/2013 | Event Resulted<br><br>The following event: Status Hearing scheduled for 09/13/2013 09:00 AM has been resulted as follows:<br><br>Result: Rescheduled, parties to contact court (mrs duffy) with new date<br><br>Case w/Mrs  Duffy<br><br><br>Appeared: | |
| 10/03/2013 | Request for proposals for removal of debris, furniture, personal property and other items from the property lovated at 49 East 4th Street, South Boston, MA | |
| 10/08/2013 | Scheduled<br><br>Event: Status Hearing<br><br>Date: 10/18/2013  Time: 09:00 AM   Notice mailed<br>Result: Continued | |
| 10/18/2013 | Motion for approval of interim fees and expenses filed by James J Cotter. III. Esquire | |
| 10/18/2013 | Amended Receiver's Report | |
| 10/18/2013 | Scheduled<br><br>Event: Status Hearing<br><br>Date: 11/01/2013  Time: 09:00 AM  PNIOC<br>Result: Continued | |
| 10/18/2013 | Event Resulted<br>The following event: Status Hearing scheduled for 10/18/2013 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 11/01/2013 | Answer of East Fourth Street, LLC<br><br>to req. for proposal for removal of personal property and other items from 497 East 4th St. South Boston, Ma (copy of bid attached) | |
| 11/06/2013 | ORDER-Access is limited to the City of Boston. ISD and professionals and contractors properly bonded and insured.  CC 12/20/13 for status.  See order for all details | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|

Order mailed

11/15/2013   Answer of James Dickey

to demand for listing of personal property and other items located at 497 East fourth St. South Boston. MA

11/15/2013   Event Resulted
The following event: Status Hearing scheduled for 11/01/2013 09:00 AM has been resulted as follows:
Result: Continued
Reason: Court Action
Appeared:

11/15/2013   Scheduled
Event: Status Hearing
Date: 12/20/2013  Time: 09:00 AM
Result: Continued

12/16/2013   Motion to amend order dated 11/6/13 filed by James J Cotter, III, Esquire

12/17/2013   Motion for authorization to apply for and enter into loan filed by James J Cotter. III, Esquire

12/20/2013   Scheduled
Event: Status Hearing
Date: 01/17/2014  Time: 12:00 PM

12/20/2013   Event Resulted
The following event: Status Hearing scheduled for 12/20/2013 09:00 AM has been resulted as follows:
Result: Continued
Reason: Court Action
Appeared:

12/24/2013   Scheduled

Event: Motion Hearing

Date: 01/17/2014  Time: 12:00 PM

Notice mailed
Result: Reassigned to Different Session

01/09/2014   Motion to amend rec's motion for authorization to retain legal counsel and for order relating to payment of legal counsel fees filed by James J Cotter. III, Esquire

01/14/2014   Partial opposition of Household Finance Corp. II to rec's motion for approval of interim fees and expenses

01/16/2014   Scheduled
Event: Motion Hearing
Date: 01/17/2014  Time: 12:00 PM
Result: Continued

01/16/2014   Event Resulted
The following event: Motion Hearing scheduled for 01/17/2014 12:00 PM has been resulted as follows:
Result: Reassigned to Different Session
Appeared:

01/23/2014   Scheduled
Event: Motion Hearing
Date: 02/04/2014  Time: 09:00 AM
Result: Held

01/23/2014   Event Resulted
The following event: Motion Hearing scheduled for 01/17/2014 12:00 PM has been resulted as follows:
Result: Continued
Reason: Court Action
Appeared:

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 01/27/2014 | Motion for inunctive relief filed by James J Cotter, III. Esquire | |
| 02/04/2014 | Motion to dissolve the receivership and/or reconsideration of the defts motion for removal of receiver James Cotter, III filed by James Dickey | |
| 02/06/2014 | ORDER-Receiver's motion for injunctive relief is denied.  See case for all details | |
| | Order mailed | |
| 02/06/2014 | ORDER-With respect to receiver's motion to amend order dated 11/6/13-See order for all details | |
| | Order mailed | |
| 02/06/2014 | ORDER-Receiver's limited motion to dismiss and to discharge receiver is allowed.  receiver James Cotter, III is discharged w/respect to any and all relative to the premises.  See order for details | |
| | Order mailed | |
| 02/10/2014 | ORDER-For the reasons stated in this order the Court will allow the receiver to revise his req. to provide more and better information regarding the time spent and the expenses incurre to the court.  Once that is receiver. the court will act promptyl on the request.  See case for all details | |
| | Order mailed | |
| 02/10/2014 | Event Resulted
The following event: Motion Hearing scheduled for 02/04/2014 09:00 AM has been resulted as follows:
Result: Held
Appeared: | |
| 02/12/2014 | Escrow Central Bank Account Receipt Receipt: 50493 Date: 02/12/2014 | |
| 02/12/2014 | FINANCIAL NOTES: $15,106.32 deposited by Attorney Rosemary Traini for Endeavor Capital Funding, LLC. | |
| 02/28/2014 | Motion for clarification of Court's order filed by James Dickey | |
| 03/10/2014 | Scheduled

Event: Motion Hearing

Date: 03/26/2014  Time: 12:00 PM  Notice mailed
Result: Brought forward | |
| 03/13/2014 | Scheduled

Event: Motion Hearing

Date: 03/25/2014  Time: 09:00 AM  Notice mailed
Result: Continued | |
| 03/13/2014 | Event Resulted
The following event: Motion Hearing scheduled for 03/26/2014 12:00 PM has been resulted as follows:
Result: Brought forward
Reason: Court Action
Appeared: | |
| 03/20/2014 | Motion for disbursement of escrowed funds filed by James J Cotter, III. Esquire | |
| 03/24/2014 | Scheduled
Event: Motion Hearing
Date: 04/08/2014  Time: 09:00 AM
Result: Brought forward | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 03/24/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 03/25/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 03/26/2014 | Scheduled<br><br>Event: Motion Hearing<br><br>Date: 04/01/2014  Time: 09:00 AM<br><br><br>Parties notified electronically<br>Result: Continued | |
| 03/26/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 04/08/2014 09:00 AM has been resulted as follows:<br>Result: Brought forward<br>Reason: Court Action<br>Appeared: | |
| 04/01/2014 | ORDER-CC 4/25/14 CT 16 9:00am for status.  See case for all details<br><br><br>Order mailed | |
| 04/02/2014 | Scheduled<br>Event: Status Hearing<br>Date: 04/25/2014  Time: 09:00 AM<br>Result: Held | |
| 04/02/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 04/01/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 04/25/2014 | Receiver's Report relating to removal of debris from receiver's property by deft James Dickey | |
| 04/25/2014 | Answer of James J Cotter, III, Esquire<br><br>to second order relating to fees and expenses | |
| 04/29/2014 | ORDER- After hearing motion to dissolve receivership and/or reconsideration of the defts motion for the removal of receiver James Cotter III is denied. Receiver's motion for disbursement of escrowed funds is allowed.  See order for all details<br><br><br>Order mailed | |
| 04/29/2014 | Event Resulted<br>The following event: Status Hearing scheduled for 04/25/2014 09:00 AM has been resulted as follows:<br>Result: Held<br>Appeared: | |
| 05/02/2014 | Original receipts to receivers response to second order relating to fees and expenses | |
| 05/08/2014 | Tape Cassette and Digital Recordings of Proceedings MGL 262 section 4b Receipt: 52094 Date: 05/08/2014 | |
| 05/16/2014 | Scheduled<br>Event: Hearing on Application for TRO | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Date: 05/23/2014  Time: 09:00 AM<br>Result: Not held but resolved | |
| 05/16/2014 | Order of Notice issued.  Party(s) must show cause why a Reciever's Motion for Temporary Restraining order/ Preliminary Injunction enjoining defendant from interfering with the orders of this court and the Conduct of the Receivership and service must be given AT LEAST TWO DAYS before scheduled hearing. | |
| 05/19/2014 | Clerk's office spoke to Mr. Dickey today. There was no recording for the date he request. | |
| 05/19/2014 | Return of service IH completed | |
| 05/23/2014 | Event Resulted<br>The following event: Hearing on Application for TRO scheduled for 05/23/2014 09:00 AM has been resulted as follows:<br>Result: Not held but resolved<br>Appeared: | |
| 05/23/2014 | Scheduled<br>Event: Hearing<br>Date: 06/13/2014  Time: 09:00 AM<br>Result: Continued | |
| 05/23/2014 | ORDER ON TRO/P.I. ENJOINING DEFT. FROM INTERFERING W/ORDERS OF THIS COURT AND THE CONDUCT OF THE RECEIVERSHIP-See order for details | |
| 05/27/2014 | Notice of Appeal by James Dickey from Order dated 04/29/2014 | |
| 05/27/2014 | Petition for relief Pursuant to GL c 231, Sec 118 (record appendix) | |
| 05/27/2014 | Petition for relief pursunat to GL c 231, Sec 118 | |
| 06/05/2014 | Interlocutory appeal of order sent to appeals court | |
| 06/06/2014 | Motion for reconsideration of allowing rec's motion for disnursement of escrowed funds filed by James Dickey | |
| 06/06/2014 | Motion for reconsideration of the defts motion for reconsideration of the defts motion to remove James Cotter as receiver filed by James Dickey | |
| 06/13/2014 | Event Resulted<br>The following event: Hearing scheduled for 06/13/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 06/18/2014 | ORDER- Defts motion for reconsideration is denied.  CC 6/27/14 for status.  See order for all details | |
| 06/19/2014 | Scheduled<br>Event: Status Hearing<br>Date: 06/27/2014  Time: 09:00 AM<br>Result: Reassigned to Different Session | |
| 06/19/2014 | Event Resulted<br>The following event: Status Hearing scheduled for 06/27/2014 09:00 AM has been resulted as follows:<br>Result: Reassigned to Different Session<br>Appeared: | |
| 06/19/2014 | Scheduled<br>Event: Status Hearing<br>Date: 06/27/2014  Time: 09:00 AM<br>Result: Continued | |
| 06/19/2014 | Order mailed | |
| 06/20/2014 | Duplicates of atty Cotter's filings | |
| 06/20/2014 | Emergency ex-parte motion for clarification of Court's order  (FIOC) | |
| 06/20/2014 | ORDER-With the parteis agreement, the deft. shall be given access to the premises between 9am - 5 pm 6/25/14 to remove his property from the 3rd floor.  Anything remaining after 5pm on 6/25/14 shall be discarded by the receiver after 6/27/14.  (written on emergency motion) | |
| 06/27/2014 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Event Resulted<br>The following event: Status Hearing scheduled for 06/27/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 06/27/2014 | Scheduled<br><br>Event: Status Hearing<br><br>Date: 07/18/2014  Time: 09:00 AM<br><br>Receiver to give deft key to remove all personal property by 7/7/14.  HSD Neville to inspect 7/8/14<br>Result: Reassigned to Different Session | |
| 06/27/2014 | Event Resulted<br>The following event: Status Hearing scheduled for 07/18/2014 09:00 AM has been resulted as follows:<br>Result: Reassigned to Different Session<br>Appeared: | |
| 06/27/2014 | Scheduled<br>Event: Status Hearing<br>Date: 07/18/2014  Time: 09:00 AM<br>Result: Reassigned to Different Session | |
| 07/11/2014 | Motion (emergency) for further clarification of Court's order filed by James Dickey | |
| 07/14/2014 | Scheduled<br><br>Event: Motion Hearing<br><br>Date: 07/18/2014  Time: 09:00 AM<br><br><br><br>Notice mailed<br>Result: Not held but resolved | |
| 07/14/2014 | Event Resulted<br><br>The following event: Motion Hearing scheduled for 07/18/2014 09:00 AM has been resulted as follows:<br><br>Result: Not held but resolved, motion denied w/o a hearing.  See motion for further details<br><br>Copy mailed to all parties<br><br><br><br>Appeared: | |
| 07/15/2014 | Event Resulted<br>The following event: Status Hearing scheduled for 07/18/2014 09:00 AM has been resulted as follows:<br>Result: Reassigned to Different Session<br>Appeared: | |
| 07/15/2014 | Scheduled<br>Event: Status Hearing<br>Date: 07/18/2014  Time: 09:00 AM<br>Result: Held | |
| 07/18/2014 | Event Resulted<br>The following event: Status Hearing scheduled for 07/18/2014 09:00 AM has been resulted as follows:<br>Result: Held<br>Appeared: | |
| 07/18/2014 | ORDER-See case for all details<br><br><br>ORder mailed | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 08/05/2014 | Motion for clarification of order filed by James J Cotter. III. Esquire | |
| 08/07/2014 | Emergency ex-parte motin for further clarification of Court's order | |
| 08/08/2014 | Scheduled<br>Event: Motion Hearing<br>Date: 08/15/2014  Time: 09:00 AM<br>Result: Continued | |
| 08/08/2014 | Order of Notice issued.  Party(s) must show cause why AN EMERGENCY EX-PARTE MOTION FOR FURTHER CLARIFICATION OF COURT'S ORDER DATED JULY 18. 2014 and service must be given AT LEAST TWO DAYS before scheduled hearing. | |
| 08/08/2014 | Emergency motin heard.  Access for 8/9 and 8/10 | |
| 08/15/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 08/15/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 08/20/2014 | Rec's req. for disbursement of escrowed funds to Mass Junk | |
| 08/21/2014 | NOTICE OF DOCKET ENTRY - Upon consideration of all materials submitted by James Dickey, his req. is denied.   See case for ALL deails.  Sikora. J. | |
| 08/22/2014 | Scheduled<br>Event: Hearing<br>Date: 09/17/2014  Time: 09:00 AM<br>Result: Held | |
| 08/22/2014 | ORDER - See case for all details<br><br><br>Order mailed | |
| 08/22/2014 | ORDER - Motion for reconsideration is denied. See order for all details  (nunc pro tunc 6/ 8/14)<br><br><br>Order mailed | |
| 08/29/2014 | NOTICE OF DOCKET ENTRY FROM APPEALS COURT - Defts motion for reconsdieration of denial of petition is denied.  See case for all details Sikora. J. | |
| 09/05/2014 | Order of Notice issued.  Party(s) must show cause why RECEIVER'S REQUEST FOR DISBURSEMENT OF ESCROWED FUNDS TO MASS JUNK SHOLD NOT BE ALLOWED and service must be given AT LEAST TWO DAYS before scheduled hearing. | |
| 09/08/2014 | Motion for discovery filed by | |
| 09/17/2014 | Event Resulted<br>The following event: Hearing scheduled for 09/17/2014 09:00 AM has been resulted as follows:<br>Result: Held<br>Appeared: | |
| 09/24/2014 | ORDER-Rec's req. for disbursement of Escrowed funds to MassJung is allowed.  The Court is currently holding $15,106.32, the Clerks' office to directed to release $9,950. directly to MassJunk. | |
| 09/24/2014 | ORDER-Rec's req. for fees and expenses is allowed.  See order for all details<br><br><br><br>Both orders mailed | |
| 09/30/2014 | Scheduled<br><br>Event: Motion Hearing | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Date: 10/08/2014  Time: 12:00 PM | |
| | Notice mailed<br>Result: Reassigned to Different Session | |
| 10/01/2014 | Escrow Central Bank Account Disbursement: (AMOUNT) Payable to (PARTYNAME) | |
| 10/01/2014 | FINANCIAL NOTES: Check #1211 for $9,950.00 printed for release to MassJunk per Judges orders. The owner at the time of the hearing was Stephen Armaral. | |
| 10/01/2014 | FINANCIAL NOTE: Check released to Steven Arsanal today. | |
| 10/03/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/08/2014 12:00 PM has been resulted as follows:<br>Result: Reassigned to Different Session<br>Appeared: | |
| 10/03/2014 | Scheduled<br>Event: Motion Hearing<br>Date: 10/08/2014  Time: 12:00 PM<br>Result: Continued | |
| 10/06/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/08/2014 12:00 PM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 10/06/2014 | Scheduled<br>Event: Motion Hearing<br>Date: 10/24/2014  Time: 09:00 AM<br>Result: Rescheduled | |
| 10/07/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/24/2014 09:00 AM has been resulted as follows:<br>Result: Rescheduled<br>Appeared: | |
| 10/07/2014 | Scheduled<br><br>Event: Motion Hearing<br><br>Date: 10/17/2014  Time: 12:00 PM<br><br>Notice of reschd. hearing mailed<br>Result: Continued | |
| 10/17/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/17/2014 12:00 PM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 10/17/2014 | Scheduled<br>Event: Motion Hearing<br>Date: 10/31/2014  Time: 09:00 AM<br>Result: Continued | |
| 10/31/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/31/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 11/03/2014 | Scheduled<br>Event: Motion Hearing | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Date: 11/14/2014  Time: 09:00 AM<br>Result: Continued | |
| 11/14/2014 | Event Resulted<br>The following event: Motion Hearing scheduled for 11/14/2014 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 11/19/2014 | ORDER - See case for all details. CC 1/9/15. | |
| 11/21/2014 | Scheduled<br>Event: Status Hearing<br>Date: 01/09/2015  Time: 09:00 AM<br>Result: Continued | |
| 11/21/2014 | Order mailed | |
| 01/09/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 01/09/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 01/15/2015 | ORDER - See case for all details | |
| 01/16/2015 | Scheduled<br>Event: Status Hearing<br>Date: 03/20/2015  Time: 09:00 AM<br>Result: Continued | |
| 01/16/2015 | Order mailed | |
| 03/12/2015 | Motion to gain access to 497 East Fourth St. filed by James Dickey | |
| 03/20/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 03/20/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 03/20/2015 | Scheduled<br>Event: Status Hearing<br>Date: 05/01/2015  Time: 09:00 AM<br>Result: Continued | |
| 03/20/2015 | Motion to gain access Denied | |
| 03/30/2015 | Request for proposals for work at 497 East 4th St., South Boston, MA | |
| 05/01/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 05/01/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action.  Motion for access denied w/o prejudice<br>Appeared: | |
| 05/04/2015 | Scheduled<br>Event: Status Hearing<br>Date: 05/29/2015  Time: 09:00 AM<br><br>Notice mailed<br>Result: Allowed | |
| 05/22/2015 | Motion for authorization to enter into contract for repairs filed by James J Cotter, III, Esquire | |
| 05/22/2015 | Motion for disbursement of escrowed funds filed by James J Cotter. III, Esquire | |
| 05/26/2015 | Motion for authorization to enter into conract for repairs filed by James J Cotter, III, Esquire | |
| 05/29/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 05/29/2015 09:00 AM has been resulted as follows:<br>Result: Allowed.  receiver's motion for authorization to make repairs allowed<br>Appeared: | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 05/29/2015 | Scheduled<br>Event: Status Hearing<br>Date: 06/19/2015  Time: 09:00 AM<br><br>receiver's motion to make repairs allowed<br>Result: Continued | |
| 06/19/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 06/19/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 06/19/2015 | Scheduled<br>Event: Status Hearing<br>Date: 08/07/2015  Time: 09:00 AM<br><br>Notice mailed<br>Result: Rescheduled | |
| 07/27/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 08/07/2015 09:00 AM has been resulted as follows:<br>Result: Rescheduled<br>Appeared: | |
| 07/27/2015 | Scheduled<br>Event: Status Hearing<br>Date: 08/14/2015  Time: 09:00 AM<br>Result: Continued | |
| 08/13/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 08/14/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action<br>Appeared: | |
| 08/17/2015 | Scheduled<br>Event: Status Hearing<br>Date: 08/28/2015  Time: 09:00 AM<br>Result: Continued | |
| 08/28/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 08/28/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action, deft. not present.  Receiver to file a written status report by 9/11/15<br>Appeared: | |
| 08/31/2015 | Scheduled<br>Event: Status Hearing<br>Date: 09/25/2015  Time: 09:00 AM<br><br>Notice mailed<br>Result: Continued | |
| 09/11/2015 | Receiver's Report filed | |
| 09/25/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 09/25/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action | |
| 09/25/2015 | Scheduled<br>Event: Status Hearing<br>Date: 10/23/2015  Time: 09:00 AM<br><br>Notice mailed<br>Result: Continued | |
| 10/13/2015 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Motion for leave of court to conduct foreclosure filed by | |
| | US Bank Trust, party in interest | |
| 10/16/2015 | Scheduled<br>Event: Motion Hearing<br>Date: 10/23/2015  Time: 09:00 AM<br>Result: Allowed | |
| 10/23/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 10/23/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action | |
| 10/23/2015 | Event Resulted<br>The following event: Motion Hearing scheduled for 10/23/2015 09:00 AM has been resulted as follows:<br>Result: Allowed w/the assent of the receiver and the City.  See case for all details | |
| 10/26/2015 | Scheduled<br>Event: Status Hearing<br>Date: 11/06/2015  Time: 09:00 AM<br><br>Notice mailed<br>Result: Continued | |
| 10/28/2015 | Motion to increase scope of work filed by James J Cotter, III, Esquire | |
| 11/03/2015 | Deft. James Dicket's motion in opposition to rec's motion to increase scope of work | |
| 11/06/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 11/06/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action | |
| 11/06/2015 | Scheduled<br>Event: Status Hearing<br>Date: 12/04/2015  Time: 09:00 AM<br>Result: Continued | |
| 11/10/2015 | ORDER - Receiver's motion to increase scope of work is allowed.  See case for all details<br><br>Order mailed | |
| 12/04/2015 | Event Resulted<br>The following event: Status Hearing scheduled for 12/04/2015 09:00 AM has been resulted as follows:<br>Result: Continued<br>Reason: Court Action | |
| 12/04/2015 | Scheduled<br>Event: Status Hearing<br>Date: 01/15/2016  Time: 09:00 AM<br><br>Notice mailed to James Dickey<br>Result: Held | |
| 12/21/2015 | Receiver's Report relating to the removal and replacement of the roof at the receveirship property | |
| 12/23/2015 | Letter from Scott C. Owens, Esquire to Judge | |
| 01/08/2016 | Motion to join party deft. filed by James J Cotter, III, Esquire | |
| 01/15/2016 | Event Resulted<br>The following event: Status Hearing scheduled for 01/15/2016 09:00 AM has been resulted as follows:<br>Result: Held - Receiver's Motion to Join East Fourth Street LLC ALLOWED, case continued to 1/29/16,<br>any motions filed by Receiver to be heard that date | |
| 01/15/2016 | Scheduled<br>Event: Status Hearing<br>Date: 01/29/2016  Time: 09:00 AM<br><br>Notice mailed w/copy of endorsement<br>Result: Held | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 01/19/2016 | Order of Notice issued.  Party(s) must show cause why defendant's motion for reciever's request for disbursement of escrowed funds to lead Safe Homes LP and service must be given AT LEAST TWO DAYS before scheduled hearing. | |
| 01/19/2016 | Motion for Receiver's request for disbursement of escrowed funds to lead Safe Homes LP filed by James J Cotter, III, Esquire | |
| 01/19/2016 | Motion for approval of fees and expenses filed by James J Cotter, III, Esquire | |
| 01/19/2016 | Motion for authorization to enforce receiver's priority lien foreclosure thereon and to obtain order authorizing foreclosure sale fo receivership property filed by James J Cotter, III, Esquire | |
| 01/19/2016 | Motion to amend order apointing receiver filed by James J Cotter, III, Esquire | |
| 01/26/2016 | Motion for discovery; motion in opposition of receiver's motion for approval of fees and expenses; motion in opposition of rec's req for disbursement of escrowed funds to lead safe homes lp and motion in opposition tof rec's motion to foreclose filed by James Dickey | |
| 01/29/2016 | Event Resulted The following event: Status Hearing scheduled for 01/29/2016 09:00 AM has been resulted as follows: Result: Held | |
| 02/01/2016 | ORDER - The court finds that the receiver is entitled to be compensated in the amount of 21,000. in fees. THe receiver is also entitled to recover $1,436.81 incosts and disbursements.  See order for all details | |
| 02/01/2016 | OrRDER - The court finds that the receiver is entitled to be compensated 21,000. in fees. See order for all details | |
| 02/01/2016 | ORDER - See order for all details | |
| 02/03/2016 | Both orders maied | |
| 02/03/2016 | Scheduled Event: Status Hearing Date: 03/04/2016  Time: 09:00 AM Result: Held | |
| 03/04/2016 | Event Resulted The following event: Status Hearing scheduled for 03/04/2016 09:00 AM has been resulted as follows: Result: Held | |
| 03/04/2016 | ORDER - On 1/29/16 this court allowed rec's motion to disburse funds.  Clerk'soffice to prepare the check and mail same to the address on the invoice appended to the motion.  Order mailed | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |