# EXHIBIT G

Exhibit G1

## 11H77CV000142

**Case Type** Housing Court Civil
**Case Status** Active
**File Date** 08/01/2011
**Case Judge:**
**Next Event:** 06/30/2014

**Property Address**
41EllisAvenue
LowellMA 01850

All Information

### Party Information

**City Of Lowell - Plaintiff**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Slagle, Esq., Robert Eric (658813) | **Phone Number** (978)970-4050 |

More Party Information

**Chandler, Paul I - Defendant**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, (PROPER) | **Phone Number** |

More Party Information

**Chandler, Catherine A - Defendant**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** |

More Party Information

**Estate of Paul I. Chandler - Defendant**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** |

More Party Information

**Estate of Catherine A. Chandler - Defendant**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, (PROPER) | **Phone Number** |

More Party Information

**Charles Hope Companies, LLP Receiver - Receiver**

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** Cotter, III, Esq., James J (101620) | **Phone Number** (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 08/08/2011 10:30 AM | Lowell Session | | Northeast Housing - Lowell | Motion Hearing | Held |
| 09/12/2011 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Held |
| 10/17/2011 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Continued |
| 11/14/2011 10:30 AM | Lowell Session | | Northeast Housing - Lowell | Review | Held |
| 01/30/2012 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Held |
| 03/26/2012 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Continued |
| 05/21/2012 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Continued |
| 06/25/2012 09:00 AM | Lowell Session | | Northeast Housing - Lowell | Review | Continued |



## 12H77CV000164

Case Type Housing Court Civil
Case Status Active
File Date 06/26/2012
Case Judge:
Next Event: 03/28/2014

Property Address
99-101-103 Westford Street
Lowell MA 01851

**All Information**

### Party Information

#### City of Lowell - Plaintiff

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Veloso, Esq., Elliott (677292) | (978)674-4050 |

More Party Information

#### Grand Emerald Co.,Inc. - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| D'Arcy, Esq., Alexis (667608) | (781)274-0405 |
| Jacobi, III, Esq., Harold (248980) | (781)274-0405 |
| Keller, Esq., Nancy Sue (644515) | (781)274-0405 |

More Party Information

#### Scorpius Realty Trust - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Jacobi, III, Esq., Harold (248980) | (781)274-0405 |

More Party Information

#### Lim, Sherrie - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| D'Arcy, Esq., Alexis (667608) | (781)274-0405 |
| Gage, Esq., Bruce A. (660936) | (978)454-9121 |
| Jacobi, III, Esq., Harold (248980) | (781)274-0405 |
| Keller, Esq., Nancy Sue (644515) | (781)274-0405 |

More Party Information

#### Lim, Hak - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| D'Arcy, Esq., Alexis (667608) | (781)274-0405 |
| Jacobi, III, Esq., Harold (248980) | (781)274-0405 |
| Keller, Esq., Nancy Sue (644515) | (781)274-0405 |

More Party Information

#### Bank of America, N.A. - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

#### Russell, David C - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Jacobi, III, Esq., Harold (248980) | (781)274-0405 |

More Party Information



**12H77CV000170**

Case Type Housing Court Civil
**Case Status** Closed
**File Date** 06/28/2012
**Case Judge:**
**Next Event:**

Property Address
35-37 Texas Avenue
Lawrence MA 01840

All Information

Party Information

City of Lawrence - Plaintiff

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | |

More Party Information

Casserly, Philip - Defendant

| Disposition Disp Date | Alias AKA | Cadderly, Phillip C | |
|---|---|---|---|
| Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | | |

More Party Information

Casserly, Mary L - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | |

More Party Information

U. S. Bank - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Owens, Esq., Scott C. (654406) | Phone Number (617)558-8400 | |

More Party Information

Bank of America - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Owens, Esq., Scott C. (654406) | Phone Number (617)558-8400 | |

More Party Information

Wells Fargo Financial Bank - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | |

More Party Information

Peoples United Bank - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | |

More Party Information

Option One Mortgage - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | Attorney/Bar Code Pro Se, . (PROPER) | Phone Number | |

More Party Information

CourtView Justice Solutions - eAccess

G4

## 12H77CV000171

Case Type Housing Court Civil
Case Status Active
File Date 06/28/2012
Case Judge:
Next Event: 02/27/2014

**Property Address**
77-91SouthUnion Street
LawrenceMA 01841

All Information

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Boddy, Jr., Esq., Charles Dunstan (551197) | **Phone Number**<br>(978)620-3030 |

More Party Information

#### Henry N. Donovan, As Individual and as Trustee of HHT Realty Trust - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Dowd, Esq., Geoffrey Michael (659055) | **Phone Number**<br>(978)373-2131 |

More Party Information

#### Reginald Tuggle, As Individual and as Trustee of HHT Realty Trust - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Pro Se, . (PROPER) | **Phone Number** |

More Party Information

#### Northeast Community Bank - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Ottenberg, Esq., John Charles (380955) | **Phone Number**<br>(617)342-8600 |

More Party Information

#### William Holder, As Individual and as Trustee of HHT Realty Trust - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Dowd, Esq., Geoffrey Michael (659055) | **Phone Number**<br>(978)373-2131 |

More Party Information

#### Vievette Henry, As Individual ans as Trustee of HHT Realty Trust - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Pro Se, . (PROPER) | **Phone Number** |

More Party Information

#### Charles Hope Companies, LLP - Receiver

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code**<br>Cotter, III, Esq., James J (101620) | **Phone Number**<br>(617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/02/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 07/19/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 07/26/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 09/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |

$6 5$

## 12H77CV000172

**Case Type** Housing Court Civil
**Case Status** Active
**File Date** 06/28/2012
**Case Judge:**
**Next Event:** 02/27/2014

Property Address
575-581 Common Street
Lawrence MA 01840

`All Information`

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Boddy, Jr., Esq., Charles Dunstan (551197) | **Phone Number** (978)620-3030 |

More Party Information

#### Simdan Property Management, Inc - Defendant

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Pro Se,  (PROPER) | **Phone Number** |

More Party Information

#### Donovan, Henry N - Defendant

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** |

More Party Information

#### Henry, Vievette - Defendant

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** |

More Party Information

#### Northeast Community Bank - Defendant

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Ottenberg, Esq., John Charles (380955) | **Phone Number** (617)342-8600 |

More Party Information

#### Charles Hope Companies, LLP - Receiver

| Disposition Disp Date | Alias |  |
|---|---|---|
| | **Attorney/Bar Code** Cotter, III, Esq., James J (101620) | **Phone Number** (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/02/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 07/19/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 09/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 11/08/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 12/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 01/24/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 02/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 03/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |

CourtView Justice Solutions - eAccess

## 12H77CV000187

**Case Type** Housing Court Civil
**Case Status** Closed
**File Date** 07/17/2012
**Case Judge:**
**Next Event:**

**Property Address**
21 Tower Hill Street
Lawrence MA 01841

| All Information |
|---|

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Boddy, Jr., Esq., Charles Dunstan (551197) | **Phone Number** (978)620-3030 | |

More Party Information

#### Deutsche Bank Trust Co. Americas - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Doherty, Esq., Adam R. (669499) | **Phone Number** (617)456-8000 | |

More Party Information

#### Charles Hope Companies, LLP - Receiver

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Cotter, III, Esq., James J (101620) | **Phone Number** (617)899-0549 | |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/19/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 08/09/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 10/04/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 11/08/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 12/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 01/24/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |

### Docket Information

| Docket Date | Docket Text |
|---|---|
| 07/17/2012 | Civil Complaint filed, jury demand |
| 07/17/2012 | Motion to appoint receiver filed by City of Lawrence |
| 07/18/2012 | Scheduled Event: Motion Hearing Date: 07/19/2012  Time: 02:00 PM Result: Continued |
| 07/19/2012 | Event Resulted The following event: Motion Hearing scheduled for 07/19/2012 02:00 PM has been resulted as follows: Result: Continued Reason: Court Action |
| 07/19/2012 | Hearing |
| 07/23/2012 | Scheduled Event: Motion Hearing Date: 08/09/2012  Time: 02:00 PM Result: Held |
| 08/09/2012 | |

G7

## 12H77CV000188

Case Type Housing Court Civil
Case Status Closed
File Date 07/17/2012
Case Judge:
Next Event:

Property Address
54Tower HillStreet
LawrenceMA 01841

All Information

### Party Information

City of Lawrence - Plaintiff

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Boddy, Jr., Esq., Charles Dunstan (551197) | (978)620-3030 |

More Party Information

Noel, Joseph A - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Pro Se, . (PROPER) | |

More Party Information

Noel, Michelle Y - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Pro Se, . (PROPER) | |

More Party Information

Beneficial Massachusetts, Inc. - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Pro Se, . (PROPER) | |

More Party Information

Countrywide Home Loans, Inc. - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Pro Se, . (PROPER) | |

More Party Information

Mortgage Electronics Registration Systems, Inc. - Defendant

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Pro Se, . (PROPER) | |

More Party Information

Charles Hope Companies, LLP - Receiver

| Disposition Disp Date | Alias | |
|---|---|---|
| | **Attorney/Bar Code** | **Phone Number** |
| | Cotter, III, Esq., James J (101620) | (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/19/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 08/09/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 10/04/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 11/08/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Hearing | Held |

CourtView Justice Solutions - eAccess



## 12H77CV000190

Case Type Housing Court Civil
Case Status Active
File Date 07/17/2012
Case Judge:
Next Event:

**Property Address**
22-24WymanStreet
LawrenceMA 01841

| All Information |

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Boddy, Jr., Esq., Charles Dunstan (551197) | **Phone Number** (978)620-3030 | |

More Party Information

#### Federal National Mortgage Association - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Normand, Esq., Jennifer (661540) | **Phone Number** (617)558-2264 | |

More Party Information

#### Secretary of Housing and Urban Development - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** | |

More Party Information

#### Action Emergency Services - Defendant

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Pro Se, . (PROPER) | **Phone Number** | |

More Party Information

#### Charles Hope Companies, LLP - Receiver

| Disposition Disp Date | Alias | | |
|---|---|---|---|
| | **Attorney/Bar Code** Cotter, III, Esq., James J (101620) | **Phone Number** (617)899-0549 | |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/19/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 08/09/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 10/04/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 11/08/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 12/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 12/13/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 01/10/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 04/25/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 05/23/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 06/20/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 07/18/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 08/08/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 09/26/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |

CourtView Justice Solutions - eAccess                                          Page 1 of 5

G9

## 12H77CV000284
Case Type Housing Court Civil
Case Status Active
File Date 11/02/2012
Case Judge:
Next Event: 02/25/2014

Property Address
208ProspectStreet
LawrenceMA 01841

| All Information |

### Party Information

City of Lawrence - Plaintiff

| Disposition | Alias |
| Disp Date | |

| Attorney/Bar Code | Phone Number |
| Boddy, Jr., Esq., Charles Dunstan (551197) | (978)620-3030 |

More Party Information

Martinez, Nancy A - Defendant

| Disposition | Alias |
| Disp Date | |

| Attorney/Bar Code | Phone Number |
| Pro Se, . (PROPER) | |

More Party Information

Bank of America N.A. - Defendant

| Disposition | Alias |
| Disp Date | |

| Attorney/Bar Code | Phone Number |
| Owens, Esq., Scott C. (654406) | (617)558-8400 |

More Party Information

Charles Hope Companies LLP - Receiver

| Disposition | Alias |
| Disp Date | |

| Attorney/Bar Code | Phone Number |
| Cotter, III, Esq., James J (101620) | (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|------|---------|----------|----------|------|--------|
| 11/08/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 11/15/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Not held but resolved |
| 12/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 01/24/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 02/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 03/07/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 03/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 05/23/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 06/20/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 07/18/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 08/08/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | |
| 08/22/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Not held but resolved |
| 08/29/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | |
| 09/12/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 09/19/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 10/24/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 11/07/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |



## 12H77CV000299

Case Type Housing Court Civil
Case Status Active
File Date 11/27/2012
Case Judge:
Next Event:

Property Address
33AmherstStreet
LawrenceMA 01841

All Information

### Party Information

**City of Lawrence - Plaintiff**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Boddy, Jr., Esq., Charles Dunstan (551197) | (978)620-3030 |

More Party Information

**Marinez, Joaquin - Defendant**

| Disposition Disp Date | Alias AKA          Martinez, Joaquin |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Pro Se, . (PROPER) | |

More Party Information

**America's Wholesale Lender - Defendant**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Pro Se, . (PROPER) | |

More Party Information

**Countrywide Home Loans, Inc. - Defendant**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Pro Se, . (PROPER) | |

More Party Information

**Bank of New York Mellon - Defendant**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Merritt, Esq., David W. (672400) | (617)371-0922 |

More Party Information

**Sovereign Bank - Defendant**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Pro Se, . (PROPER) | |

More Party Information

**Charles Hope Companies, LLP - Receiver**

| Disposition Disp Date | Alias |
| --- | --- |

| Attorney/Bar Code | Phone Number |
| --- | --- |
| Cotter, III, Esq., James J (101620) | (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
| --- | --- | --- | --- | --- | --- |
| 12/06/2012 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Continued |
| 01/24/2013 09:00 AM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 02/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |



## 12H77CV000300

Case Type Housing Court Civil
Case Status Closed
File Date 11/27/2012
Case Judge:
Next Event:

**Property Address**
64 Salem Street
Lawrence MA 01843

| All Information |
|---|

---

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Boddy, Jr., Esq., Charles Dunstan (551197) | (978)620-3030 |

More Party Information

---

#### Richard, Dennis J - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

---

#### Richard, Amy C - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

---

#### Citimortgage, Inc - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

---

#### Bayview Loan Servicing, LLC - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Owens, Esq., Scott C. (654406) | (617)558-8400 |

More Party Information

---

#### Citibank Federal Savings Bank - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

---

#### Digital Federal Credit Union - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

---

#### Charles Hope Companies, LLP Receiver - Receiver

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Cotter, III, Esq., James J (101620) | (617)899-0549 |

More Party Information

---

### Events

CourtView Justice Solutions - eAccess



## 12H77CV000302

**Case Type** Housing Court Civil
**Case Status** Active
**File Date** 11/27/2012
**Case Judge:**
**Next Event:** 03/06/2014

Property Address
11 Tyler Street
Lawrence MA 01841

All Information

### Party Information

#### City of Lawrence - Plaintiff

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Boddy, Jr., Esq., Charles Dunstan (551197) | (978)620-3030 |

More Party Information

#### US Bank, N. A. - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Labonte, Esq., Nicole M. (663292) | (860)677-2868 |

More Party Information

#### Sao, Sokha - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

#### Citizens Bank of Massachusetts - Defendant

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |

More Party Information

#### Charles Hope Companies, LLP Receiver - Receiver

| Disposition Disp Date | Alias |
|---|---|

| Attorney/Bar Code | Phone Number |
|---|---|
| Cotter, III, Esq., James J (101620) | (617)899-0549 |

More Party Information

### Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 12/06/2012 09:00 AM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 01/24/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 02/14/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 03/07/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 03/21/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 03/28/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 04/25/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Motion Hearing | Held |
| 05/23/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 06/20/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 09/12/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Continued |
| 12/05/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Rescheduled |
| 12/19/2013 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | Held |
| 03/06/2014 02:00 PM | Lawrence Session | | Northeast Housing Court | Review | |

# EXHIBIT H

Quitclaim Deed

I, James J. Cotter, III, Receiver appointed in the action of <u>Inspectional Services</u>

<u>Department of the City of Boston v. Samuel Jones</u>, C.A. No. 11 CV 000897 on the

docket of the Housing Court Department, City of Boston Division, pursuant to the Order

On Receiver's Motion For Authorization To Accept Offer To Purchase Property, To

Execute Purchase And Sale Agreement And to Perform All Seller's Obligations

Thereunder, dated April 12, 2013 (the "Order") ( a certified copy of which is recorded

herewith), for consideration of ONE HUNDRED FORTY FIVE THOUSAND and

00/100 ($145,000.00) DOLLARS grant to Trinity Green Investments, LLC, a

Massachusetts limited liability company with a business address at 180 Canton Street,

Milton, MA 02186, with quitclaim covenants the land and building thereon located at  70

Bowdoin Street, Boston (Dorchester), Massachusetts as further described in Exhibit A

attached hereto and incorporated herein by reference.

For title see deed of Grace Bolden to Samuel O. Jones and Shirley A. Jones, dated

November 10, 1970, recorded in the Suffolk County Registry of Deeds (the "Registry")

in Book 8401, Page 317 and the Order recorded herewith.  See also the death certificate

for Shirley A. Jones recorded in the Registry in Book 39027, Page 19.  Samuel O. Jones

was also known as Samuel Jones and Sammy Jones.

Witness my hand and seal this *13* day of May, 2013.

James J. Cotter, III, Receiver
as aforesaid *AND NOT
INDIVIDUALLY*

MASSACHUSETTS EXCISE TAX
Suffolk County District ROD # 001
Date: 05/13/2013 01:06 PM
Ctl# 127794 25262 Doc# 00048340
Fee: $661.20 Cons: $145,000.00

*E. PLUNKETT
15t WUMBERT ST., SUITE 230
LOWELL, MA 07852*

2013 00048340
Bk: 51429 Pg: 223   Page: 1 of 3
Recorded: 05/13/2013 01:06 PM
ATTEST:Francis M. Roache, Register
Suffolk County Registry of Deeds

Commonwealth of Massachusetts

Suffolk, ss                                              5/13/13

On this 13ᵗʰ day of May, 2013, before me, the undersigned notary public, personally
appeared James J. Cotter, III, and proved to me through satisfactory evidence of
identification, which was DRIVERS LICENSE , to be the person whose name is
signed in this document, and acknowledged to me that he signed it for its stated purpose.

Name: DAVID S. PLUNKETT
Notary Public
My commission expires: 12/30/16

DAVID J. PLUNKETT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 30, 2016

Exhibit A

Property Description

70 Bowdoin Street, Boston (Dorchester), Ma

A certain parcel of land with the buildings thereon, situated on and now known as and numbered 70 Bowdoin Street in that part of in that part of Boston formerly Dorchester and being Lot No. 1 on a plan made by G. A. Kimball, dated June 10, 1890, and recorded with Suffolk Registry of Deeds in Book 1942, Page 446, and bounded and described as follows:

SOUTHERLY          by land now or formerly of Badlam, eighty-five and 2/10 (85.2) feet;

WESTERLY           by lot numbered 20 on said plan, forty (40) feet;

NORTHERLY          by lot numbered 2 on said plan, ninety (90) feet; and,

EASTERLY           by said Bowdoin Street, forty and 5/100 (40.05) feet.

# EXHIBIT I



Bk: 60809 Pg: 555
Page: 1 of 3    Doc: DEED
12/24/2012 11:46 AM

2012 00283172

Quitclaim Deed

I, James J. Cotter, III, Receiver for real property owned by Paul A. Blake and Brenda A.

Blake, as appointed in the action of <u>Attorney General of the Commonwealth of</u>

<u>Massachusetts and the City of Medford v. Paul Blake and Brenda Blake et als.</u>, No. 1210

CV 193 on the docket of the District Court Department, Somerville Division, pursuant to

the Order On Receiver's Motion For Authorization To Accept Offer To Purchase

Property, To Execute Purchase And Sale Agreement And To Sell Property entered in the

aforementioned action on November 21, 2012, a copy of which is recorded herewith, for

consideration of ONE HUNDRED FIVE THOUSAND and 00/100 ($105,000.00)

DOLLARS grant to Joseph A. DeMella and Cyril Hughes of 407R Mystic Avenue, Suite

14, Medford, Massachusetts, as tenants in common with equal shares, with quitclaim

covenants the land and building thereon located at 18 Ames Street, Medford, Middlesex

County, Massachusetts as further described in Exhibit A attached hereto and incorporated

herein by reference.

For title see deed from Stephen P. Babineau and Anita D. Babineau to Paul A. Blake and

Brenda A. Black a/k/a Brenda Blake, dated December 18, 1992 and recorded in the

Middlesex (South) Registry of Deeds in Book 22746 Page 122.

Witness my hand and seal this 24 day of December 2012.

James J. Cotter, III, Receiver
as aforesaid

MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD # 001
Date: 12/24/2012 11:46 AM
Ctl# 17913 14469 Doc# 00283172
Fee: $478.80 Cons: $105,000.00

Commonwealth of Massachusetts

Middlesex, ss

On this ²ᵗ day of December 2012, before me, the undersigned notary public, personally appeared James J. Cotter, III, as aforesaid, and proved to me through satisfactory evidence of identification, which was _Mmr hearm_ to be the person whose name is signed in this document, and acknowledged to me that he signed it for its stated purpose.

_Richard Syaimf_

Name: _Richard Syaliolo._
Notary Public          6/23/2017
My commission expires:



## EXHIBIT A

Property Description:  18 Ames Street, Medford, Middlesex County, Massachusetts

The land in Medford, with the buildings therein, being Lot #189 on a Plan of Lawrence Park, Medford, Massachusetts, dated July, 1914, and recorded with Middlesex South District Deeds, Plan Book 225, Plan 45, bounded and described as follows:

NORTHERLY   by said Lot #188 on said plan, one hundred and five (105) feet;

EASTERLY      by Ames Street, as shown on said plan, forty-two (42) feet;

SOUTHERLY   by Lot #190 on said plan one hundred and five (105) feet; and,

WESTERLY     by a part of Lots #171 and #172 on said plan, forty two (42) feet.

Containing 4,410 square feet of land, more or less.

Being the same premises conveyed to the Paul Blake and Brenda A. Black a/k/a Brenda Blake by deed of Stephen P. Babineau and Anita D. Babineau, dated December 18, 1992, and recorded with said registry in Book 22746 Page 122.

# EXHIBIT J

Case 1:16-cv-10636-LTS   Document 1-6   Filed 04/01/16   Page 23 of 24

Mass. Corporations, external master page                                      Page 1 of 2

 **William Francis Galvin**
Secretary of the Commonwealth of Massachusetts 

HOME     DIRECTIONS     CONTACT US                    Search sec.state.ma.us      | Search |

# Corporations Division

## Business Entity Summary

**ID Number: 001019281**                    | Request certificate |   | New search |

**Summary for: HUGHES CONSTRUCTION & MAINTAINANCE INC.,**

| The exact name of the Domestic Profit Corporation: | HUGHES CONSTRUCTION & MAINTAINANCE INC., |
|---|---|

**Entity type:** Domestic Profit Corporation

**Identification Number:** 001019281

**Date of Organization in Massachusetts:** 01-08-2010

                                        **Last date certain:**

**Current Fiscal Month/Day:** 01/31

**The location of the Principal Office:**

Address:  56 ELIOT ST

City or town, State, Zip code, Country:     WATERTOWN,  MA  02472  USA

**The name and address of the Registered Agent:**

Name:   CYRIL HUGHES
Address:  56 ELIOT ST

City or town, State, Zip code, Country:     WATERTOWN,  MA  02472  USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | CYRIL A HUGHES MR | 56 ELIOT ST WATERTOWN, MA 02472 USA |
| TREASURER | CYRIL A HUGHES MR | 56 ELIOT ST WATERTOWN, MA 02472 USA |
| SECRETARY | CYRIL A HUGHES MR | 56 ELIOT ST WATERTOWN, MA 02472 USA |
| DIRECTOR | CYRIL A HUGHES MR | 56 ELIOT ST WATERTOWN, MA 02472 USA |

**Business entity stock is publicly traded:**

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | $ 0.00 | 10,000 | $ 0.00 | 1,000 |

|  Consent  | Confidential Data | Merger Allowed | Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic        | View filings |
Articles of Consolidation - Domestic and Unregistered Foreign
Articles of Correction associated with this business entity:
Articles of Domestication
Articles of Entity Conversion
Articles of Merger - Domestic and Domestic
Articles of Merger - Domestic and Unregistered Foreign
Articles of Merger - Foreign and Domestic

Mass. Corporations, external master page

[ New search ]

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**Terms and Conditions**