# EXHIBIT K

MA SOC   Filing Number: 201143584730    Date: 4/26/2011 2:50:00 PM



# The Commonwealth of Massachusetts
# William Francis Galvin

No Fee

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Statement of Change of Resident Office Address by Resident Agent
(General Laws, Chapter 156C, Section 5A and Section 51)

**Name of resident agent:**  BRIAN ANDERSON

**Exact name of limited liability company:**  COMMONWEALTH EQUITY FUNDING LLC

**Current resident agent office address:**  404 SOUTH HUNTINGTON AVENUE , JAMAICA PLAIN , MA  02130

**New resident agent office address:**

| | | | |
|---|---|---|---|
| No. and Street: | 546 EAST BROADWAY | | |
| City or Town: | BOSTON | State: MA | Zip: 02127 | Country: USA |

The street address of the resident office of the limited liability company and the business address of the resident agent are identical as required by General Laws, Chapter 156C, Section 51 and GL. Chapter 156D Section 15.08.

This statement is effective at the time and on the date approved by the Division.

**SIGNED UNDER THE PENALTIES OF PERJURY, this 26 Day of April, 2011,**
BRIAN ANDERSON , **Signature of Resident Agent.**

© 2001 - 2011 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201143584730     Date: 4/26/2011 2:50:00 PM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

April 26, 2011 02:50 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

`

# EXHIBIT L

MA SOC  Filing Number: 201145420810    Date: 5/19/2011 10:08:00 AM



# The Commonwealth of Massachusetts
# William Francis Galvin

**Minimum Fee: $100.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Certificate of Amendment
(General Laws, Chapter )

**Federal Employer Identification Number:** <u>000990133</u> *(must be 9 digits)*

**The date of filing of the original certificate of organization:** <u>11/15/2008</u>

**1.a. Exact name of the limited liability company:** <u>CAPITAL TRUST FUNDING LLC</u>

**1.b. The exact name of the limited liability company** *as amended,* **is:** <u>ENDEAVOR CAPITAL FUNDING LLC</u>

**2a. Location of its principal office:**
No. and Street:  <u>404 SOUTH HUNTINGTON AVENUE</u>
City or Town:  <u>BOSTON</u>  State: <u>MA</u>  Zip: <u>02130</u>  Country: <u>USA</u>

**3.** *As amended,* **the general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
<u>ALTERNATIVE SOURCE LENDING</u>

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name:  <u>KURT G. STENHOUSE</u>
No. and Street:  <u>404 SOUTH HUNTINGTON AVENUE</u>
City or Town:  <u>BOSTON</u>  State: <u>MA</u>  Zip: <u>02130</u>  Country: <u>USA</u>

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| MANAGER | KURT G. STENHOUSE | 404 SOUTH HUNTINGTON AVENUE BOSTON, MA 02130 USA |
| MANAGER | CHRISTOPHER M. ANDERSON | 404 SOUTH HUNTINGTON AVENUE BOSTON, MA 02130 USA |
| MANAGER | ANTHONY BORGHI | 858 WASHINGTON ST. DEDHAM, MA 02026 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| REAL PROPERTY | KURT G. STENHOUSE | 404 SOUTH HUNTINGTON AVENUE BOSTON, MA 02130 USA |
| REAL PROPERTY | CHRISTOPHER M. ANDERSON | 404 SOUTH HUNTINGTON AVENUE BOSTON, MA 02130 USA |
| REAL PROPERTY | ANTHONY BORGHI | 858 WASHINGTON ST DEDHAM, MA 02026 USA |

**9. Additional matters:**

**10. State the amendments to the certificate:**
THE NAME IS BEING CHANGED FROM CAPITAL TRUST FUNDING LLC TO ENDEAVOR CAPITAL FUNDING LLC.

**11. The amendment certificate shall be effective when filed unless a later effective date is specified:**

SIGNED UNDER THE PENALTIES OF PERJURY, this 19 Day of May, 2011,
KURT G. STENHOSUE , Signature of Authorized Signatory.

© 2001 - 2011 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201145420810     Date: 5/19/2011 10:08:00 AM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

May 19, 2011 10:08 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# EXHIBIT M

*μ fᵢ·aᵢ*

: 0 0 4 6 9 4 2 0        Limited Liability Company Annual Report- 200X.

FILED

JUN  3 2004

1. Name:     Atrium Land Trust, LLC
   Address:  404 South Huntington Avenue
             Jamaica Plain, MA 02130

2. Federal Identification Number:

3. Name and Address of Resident Agent:

        Kurt Stenhouse
        404 South Huntington Avenue
        Boston, MA 02130

4. Dissolution Date (if any): N/A

5. Name/s of Managers (if any):  Kurt Stenhouse, Christopher Anderson and Brian Anderson

6. Authorized signatory/s for documentation to be filed with the Office of the Secretary of the
   Commonwealth (if any):  Kurt Stenhouse, Christopher Anderson and Brian Anderson

7. Character of Business:  The Company may do business, including, but not limited to, to
   engage in the business of real estate management and making investments of all kinds and
   descriptions for profit, and to engage in any and all activities related thereto.

8. Authorized Signatory/s for documentation to be filed with regards to real property (if any):

   Kurt Stenhouse, Christopher Anderson and Brian Anderson

9. Any other matters the filing party desires to include:  None

                                          _____
                                          Kurt Stenhouse, Manager

c:\_cpqdata\wordperf\AtriumLand.ANREP.wpd

Case 1:16-cv-10636-LTS   Document 1-7   Filed 04/01/16   Page 10 of 14

Mass. Corporations, external master page                                    Page 1 of 2



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

HOME      DIRECTIONS      CONTACT US                    Search sec.slate.ma.us        [ Search ]

# Corporations Division

## Business Entity Summary

ID Number: 000837607                     [ Request certificate ]  [ New search ]

Summary for: ATRIUM LAND TRUST, LLC

| The exact name of the Domestic Limited Liability Company (LLC):  ATRIUM LAND TRUST, LLC |
|---|

| Entity type:  Domestic Limited Liability Company (LLC) |
|---|

| Identification Number: 000837607 | Old ID Number: |
|---|---|

| Date of Organization in Massachusetts:  03-13-2003 | |
|---|---|

| Date of Involuntary Dissolution by Court Order or by the SOC:  04-30-2009 | Last date certain: |
|---|---|

The location or address where the records are maintained (A PO box is not a valid location or address):

Address:

City or town, State, Zip code, Country:

The name and address of the Resident Agent:

Name:    KURT G. STENHOUSE

Address:  404 SOUTH HUNTINGTON AVE.

City or town, State, Zip code, Country:      BOSTON,  MA  02130  USA

The name and business address of each Manager:

| Title | Individual name | Address |
|---|---|---|
| MANAGER | BRIAN ANDERSON | 356 CANTON ST. WESTWOOD, MA 02090 USA |
| MANAGER | KURT G. STENHOUSE | 40 CENTRE ST. DOVER, MA 02030 USA |
| MANAGER | CHRISTOPHER M. ANDERSON | 10 PEAR TREE DR. WESTWOOD, MA 02090 USA |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| | | |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | KURT G. STENHOUSE | 40 CENTRE ST. DOVER, MA 02030 USA |
| REAL PROPERTY | CHRISTOPHER M. ANDERSON | 10 PEAR TREE DR. WESTWOOD, MA 02090 USA |
| REAL PROPERTY | BRIAN ANDERSON | 356 CANTON ST. WESTWOOD, MA 02090 USA |

| Consent | Confidential Data | Merger Allowed | Manufacturing |
|---|---|---|---|

View filings for this business entity:

```
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
```

```
Certificate of Consolidation
Certificate of Consolidation - Unregistered Foreign     [ View filings ]
Certificate of Merger
Certificate of Merger - Unregistered Foreign
Certificate of Organization
Certificate of Designation of Resident Agent
```

Case 1:16-cv-10636-LTS   Document 1-7   Filed 04/01/16   Page 11 of 14

Mass. Corporations, external master page                                                Page 2 of 2

**Comments or notes associated with this business entity:**

[ New search ]

William Francis Galvin, Secretary of the Commonwealth of Massachusetts
Terms and Conditions

# EXHIBIT N



**Mass.**/*Gov* · mass.gov home · online services · state agencies  SEARCH MASS.GOV

# In Re: James J. Cotter III
## Public Reprimand No. 98-2

### SUMMARY[1]

[1]*Compiled by the Board of Bar Overseers based on the record of proceedings before the Board.*

The respondent represented an elderly woman in two legal matters. The client's representative filed a complaint with Bar Counsel in February 1996, raising two concerns. First, the respondent was to have filed an amended federal tax return in April 1995, but the client had been unable to verify that it was filed and the accompanying check to the IRS for taxes had not been negotiated. Second, as of May 1995, the respondent was to have refunded $1000 paid by the client for his services in another matter but had never done so. The complaint indicated that the respondent had ceased responding to calls and letters in November 1995.

Upon receipt of the complaint, the respondent sent the client the amended tax return and the uncashed check to the IRS, with directions to file the return and to advise the respondent of the additional interest owed. He had originally expected that the client would file the federal tax return and that the respondent would file the state return. Instead, the client in April 1995 sent both returns to the respondent for filing. Since a copy of the federal return had to be filed with the state return, the respondent did not immediately realize that the client had sent him the original federal return with a check to the IRS. Because of the subsequent inquiries by the client's representative, he at some point became aware of what had transpired but took no steps to rectify the problem until after the complaint to Bar Counsel was filed.

The respondent agreed that he also owed the client a fee refund of $1000. The underlying matter for which this $1000 had been paid was a foreclosure that the respondent commenced on behalf of the client, the resolution of which included the borrower's payment of the respondent's legal fees in full ($1700). The respondent was having financial problems and spent the entire $1700 in fees paid by the borrower. He then did not have other funds available with which to repay the client's $1000 or to pay the additional interest owed on the federal taxes. The respondent has since reimbursed the client for the $1000 fee and the interest owed on the taxes.

The respondent's conduct in failing for one year to file or otherwise attend to the completed federal tax return, and in repeatedly failing to respond to inquiries on the client's behalf concerning this matter, constituted neglect, in violation of Canon Six, DR 6- 101(A)(3). The respondent's failure to promptly refund the unearned fee of $1000 was a violation of Canon Two, DR 2-110(A)(3).
In an unrelated matter, Bar Counsel received pursuant to Canon Nine, DR 9-103, two notices of dishonored checks from a bank in which the respondent maintained an IOLTA account. The total of the returned items was $434.

The account in question, although denominated as an IOLTA account, was in fact a business or personal account. It was not a commingled account, as no settlement funds or retainers were deposited to this account. The respondent's conduct in using an IOLTA account as a personal or business account was in violation of Canon Nine, DR 9-102(A) and (C). After the complaint was made, he opened a personal account. He also maintains a separate IOLTA account for client funds.

In aggravation, the respondent had a previous admonition for neglect. He accordingly received a public reprimand for the above violations.

---

Site Index                              ▾ [Go!]

**BBO/OBC** Privacy Policy. Please direct all questions to webmaster@massbbo.org.
© 2001. Board of Bar Overseers. Office of Bar Counsel. All rights reserved.