# Exhibit D

# Exhibit D

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss　　　　　　　　　　　　　　　HOUSING COURT DEPARTMENT
　　　　　　　　　　　　　　　　　　　　　　CITY OF BOSTON DIVISION
　　　　　　　　　　　　　　　　　　　　　　No. 14H84CV000241

CITY OF BOSTON, through the　　　)
　　INPECTIONAL SERVICES　　　　)
　　DEPARTMENT,　　　　　　　　 )
　　　　　　Plaintiff,　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
JAMES DICKEY　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)

**Defendant's James Dickey's Ex-Parte, Emergency,
Assented-To Motion to Continue December 18, 2015 Status Hearing**

Defendant James Dickey ("Defendant") files this assented-to motion and asks that this Court continue a December 18, 2015 status hearing, and further states:

1. On May 29, 2012, Edward Coburn, Judge Marylou Muirhead and court appointed receiver James Cotter seized 497 East Fourth Street, South Boston, MA (the "Property"), for the purpose of selling the Property to an associate. In the fore mention civil action, (the "receivership action"), defendant James Dickey alleges the Boston Housing Court, (which is a limited jurisdiction court), is without authority to seize and sell real property; this allegation has resulted in a three and a half year standoff in the receivership action, **please see Exhibit A, *docket of Civil Action 12H84cv000376*.**

2. On May 22, 2015, in the recciversship action James Cotter asked that this Court allow him to enter into a contract with Lead Safe Homes,[1] (which is a sister company of City Realty

---

[1] Receiver James Cotter's motion was approved by this Court on May 29, 2015.

Group), **please see Exhibit B and Exhibit C**, *business entity summary for Lead Safe Homes LLC and City Realty Group LLC, indicating Fred Starikov as a manager for both entities;* **and Exhibit D**, *email from Josh Fetterman, (attached to Cotter's May 22, 2015 motion as part of that motion's Exhibit B).*

3. As City Realty Group LLC is well known for scamming unsuspecting homeowners, **(please see Exhibit E,** *NBC News story on City Realty Group, indicating Fred Starikov scams condo owners by seizing condo associations then billing excessive amounts for repairs and for repairs not done)*, a lien holder on the Property has decided to opt out of the receivership action by scheduling a foreclosing on the Property.

3. In response to the above mentioned facts, the Defendant filed bankruptcy – the Creditors Meeting is scheduled for the morning of December 18, 2015. (Please note that the Creditors Meeting was scheduled prior to the status hearing in the instant case).

WHEREFORE, defendant James Dickey requests that this Court reschedule the December 18, 2015 status hearing, as he will be in Worcester that day discussing the above mentioned facts with the U.S. Trustees. Respectfully submitted,

Pro se Defendant,

/s/ James Dickey
10 NewBridge Road
Sudbury, MA 01776
December 13, 2015 978.443.2504

## VERIFICATION

I, James Dickey, do hereby dispose under the pains of penalties of perjury that I have read the foregoing motion and attest and that I believe that, to the best of my knowledge, the motion is true and accurate.

December 13, 2015

_____
James Dickey

## CERTIFICATION OF SERVICE

I, James Dickey, do hereby certify that a true copy of the above document was served upon the attorney on record, (Atty Edward Coburn), via U.S. Mail on December 13, 2015.

December 13, 2015

_____
James Dickey

Case 1:16-cv-10636-LTS Document 1-9 Filed 04/01/16 Page 5 of 20

Mass. Corporations, external master page                                Page 1 of 2

Exhibit B



## William Francis Galvin
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

**ID Number: 001034117**     [Request certificate]   [New search]

**Summary for: LEAD SAFE HOMES LLC**

**The exact name of the Domestic Limited Liability Company (LLC):** LEAD SAFE HOMES LLC

**Entity type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 001034117

**Date of Organization in Massachusetts:** 08-10-2010

**Date of Cancellation:** 05-16-2012     **Last date certain:**

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 370 CHESTNUT HILL AVE

City or town, State, Zip code, Country:     BRIGHTON, MA  02135  USA

**The name and address of the Resident Agent:**

Name: FRED STARIKOV

Address: 370 CHESTNUT HILL AVE

City or town, State, Zip code, Country:     BRIGHTON, MA  02135  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | FRED STARIKOV | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |
| MANAGER | STEVE WHALEN | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |
| MANAGER | JOSH FETTERMAN | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| | | |

Case 1:16-cv-10636-LTS Document 1-9 Filed 04/01/16 Page 6 of 20

Mass. Corporations, external master page | Page 2 of 2

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | FRED STARIKOV | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |
| REAL PROPERTY | STEVE WHALEN | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |
| REAL PROPERTY | JOSH FETTERMAN | 370 CHESTNUT HILL AVE BRIGHTON, MA 02135 USA |

☐ Consent   ☐ Confidential Data   ☐ Merger Allowed   Manufacturing

**View filings for this business entity:**

Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

| View filings |

**Comments or notes associated with this business entity:**

New search

Case 1:16-cv-10636-LTS Document 1-9 Filed 04/01/16 Page 7 of 20

Mass. Corporations, external master page    Page 1 of 2

Exhibit C


**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

**ID Number: 201062440**          Request certificate    New search

**Summary for: CITY REALTY GROUP, LLC**

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | CITY REALTY GROUP, LLC |

**Entity type:** Domestic Limited Liability Company (LLC)

| | |
|---|---|
| **Identification Number:** 201062440 | **Old ID Number:** 000866899 |
| **Date of Organization in Massachusetts:** 04-29-2004 | **Date of Revival:** 04-25-2011 |
| **Date of Dissolution:** 04-19-2011 | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 370 CHESTNUT HILL AVE.

City or town, State, Zip code, Country:      BRIGHTON, MA 02135 USA

**The name and address of the Resident Agent:**

Name:    FRED STARIKOV

Address: 370 CHESTNUT HILL AVE.

City or town, State, Zip code, Country:      BRIGHTON, MA 02135 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | STEVE WHALEN | 370 CHESTNUT HILL AVE. BRIGHTON, MA 02135 USA |
| MANAGER | FRED STARIKOV | 370 CHESTNUT HILL AVE. BRIGHTON, MA 02135 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | ANY MANAGER | NONE NONE, MA 00000 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

Case 1:16-cv-10636-LTS   Document 1-9   Filed 04/01/16   Page 8 of 20

Mass. Corporations, external master page                                    Page 2 of 2

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | ANY MANAGER | NONE NONE, MA 00000 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**

Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
~~Certificate of Cancellation~~

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Jim Cotter

| | |
|---|---|
| **From:** | josh@leadsafeboston.com |
| **Sent:** | Thursday, May 07, 2015 5:36 PM |
| **To:** | 'Jim Cotter'; josh@leadsafeboston.com |
| **Cc:** | andrew@leadsafeboston.com |
| **Subject:** | RE: 497 East Fourth St, South Boston - Andrew Simpson |
| **Attachments:** | 497E4th_estimate050715.pdf |

Hi Jim,
Revised proposal attached.
The roof is TPO which carries 15 year warranty on material & 10 year on labor - spec sheet can be viewed from manufacturer site:
http://www.gaf.com/Roofing/Commercial/Products/Single_Ply_Roofing/EverGuard_TPO_Single_Ply_Membranes/EverGuard_TPO_60_Membrane

This is a great roofing system - I will forward addresses and contact info for references in a separate email.

We would love to check out your other projects - let us know when would be convenient to check out.

Thanks,
Josh

Josh Fetterman
Lead Safe Homes, LP
320 Washington St, Suite 3FF, Brookline, MA 02445
Tel: 617-470-2111 | Fax: 617-751-5123
josh@LeadSafeBoston.com
www.LeadSafeBoston.com
Lead Paint & Asbestos Abatement, Demolition and Duct Cleaning


-----Original Message-----
From: Jim Cotter [mailto:jjcotter3rd@verizon.net]
Sent: Thursday, May 07, 2015 12:41 PM
To: josh@leadsafeboston.com
Cc: andrew@leadsafeboston.com
Subject: RE: 497 East Fourth St, South Boston - Andrew Simpson

Josh, Andrew, last Friday, I recommended that the court proceed in accordance with your proposal with a few changes:

1. The debris removal figure is high. I have one for $600.00. Andrew, I think we talked about taking the debris out the front door. It occurred to me that it might be quicker and easier to remove it by lowering it from the back process tot eh alley and then to a truck parked on the street at the end of the alley. Could you consider lowering this item.

2. What type of roof-brand and membrane (rubber?)?
   What is the warranty/guaranty on labor and the membrane?

3. At what addresses have you installed roofs? May I contact the owner? Since this is the first time I've hired you, I have to do this. Not so for

1

# Jim Cotter

**From:** Josh Fetterman [Josh.Fetterman@cityrealtyboston.com]
**Sent:** Thursday, May 07, 2015 5:49 PM
**To:** Jim Cotter; josh@leadsafeboston.com
**Cc:** andrew@leadsafeboston.com
**Subject:** RE: 497 East Fourth St, South Boston - Andrew Simpson

TPO is a synthetic white material - similar to vinyl.

Better than rubber - more common in commercial applications - its excellent for flat roofs and requires less maintannce than rubber.

Josh Fetterman
CRM Property Management Corp.
320 Washington St, Suite 3FF, Brookline, MA 02445
Tel: 617-751-5095 | Fax: 617-751-5123
josh@cityrealtyboston.com

-----Original Message-----
From: Jim Cotter [mailto:jjcotter3rd@verizon.net]
Sent: Thursday, May 07, 2015 5:44 PM
To: josh@leadsafeboston.com
Cc: andrew@leadsafeboston.com
Subject: RE: 497 East Fourth St, South Boston - Andrew Simpson

Thanks.  Is it rubber?  Is Everguard the mfg.?

-----Original Message-----
From: josh@leadsafeboston.com [mailto:josh@leadsafeboston.com]
Sent: Thursday, May 07, 2015 5:36 PM
To: 'Jim Cotter'; josh@leadsafeboston.com
Cc: andrew@leadsafeboston.com
Subject: RE: 497 East Fourth St, South Boston - Andrew Simpson

Hi Jim,
Revised proposal attached.
The roof is TPO which carries 15 year warranty on material & 10 year on labor - spec sheet can be viewed from manufacturer site:
http://www.gaf.com/Roofing/Commercial/Products/Single_Ply_Roofing/EverGuard
TPO_Single_Ply_Membranes/EverGuard_TPO_60_Membrane

This is a great roofing system - I will forward addresses and contact info for references in a separate email.

We would love to check out your other projects - let us know when would be convenient to check out.

Thanks,
Josh

Josh Fetterman
Lead Safe Homes, LP
320 Washington St, Suite 3FF, Brookline, MA 02445
Tel: 617-470-2111 | Fax: 617-751-5123
josh@LeadSafeBoston.com

1

LIVE PLAZA CAM: ROCKEFELLER CENTER CHRISTMAS TREE   GET ALERTS ■    Exhibit E

HOME   TOP VIDEOS   DECISION 2016   MORE ∨

advertisement

FEATURE > IN PLAIN SIGHT

IN PLAIN SIGHT OCT 6 2014, 11:38 AM ET

# 'Condo Takeover Schemes' Can Pose New Foreclosure Threat

by SETH FREED WESSLER



Marilyn Mack owns and lives in an apartment occupying the first floor of this house in Roxbury, Mass.  John Brecher / NBC News

SHARE    

When Marilyn Mack received an email from a company she'd never heard of before asking her to send money, she assumed it was a scam.

The December 2012 email from A Sweet Lemonade LLC told her to "please provide the amount of the condo fee and bank instructions," according to legal documents Mack's lawyer submitted in court. Mack at first dismissed the message, but a year later, the 59-year-old transit authority worker was facing a court battle against A Sweet Lemonade and the threat of foreclosure and eviction from the Boston condo where she's lived for six years.

Although Mack says she has always paid her mortgage on time—and unlike her neighbors in her three-unit building, survived the foreclosure crisis of 2010—she has been subject to a questionable practice that housing advocates are calling a "condo takeover scheme." Real estate investors first buy up foreclosed condo units in a building, then take control of the building's condo association, which allows them to set condo fees at whatever level they choose. Advocates say that by inflating these fees beyond what occupants can afford, they place longtime condo owners like Mack at risk of being priced out of their homes.

It's not clear how widespread the condo takeover tactic is, but stories like Mack's have emerged occasionally in other parts of the country in the wake of the foreclosure crisis. In 2012, condo owners in a Reading, Pennsylvania, subdivision were pushed out of their homes after a real estate development company bought up foreclosed units in the complex and then took control of the association. Using a Pennsylvania law, the investor then dissolved the condo association, allowing it to place the nearly 100 units in the complex for sale. The attorney who represented many of these condo owners told NBC that the developer offered the remaining owners buyouts valued at just one third of their mortgages. Finding themselves suddenly underwater, the owners lost their homes.

Housing researchers say the practice fits within a broader trend of investors buying foreclosed properties and then driving up rents and other fees, sometimes pushing longtime residents, usually renters, out of their homes.

"In the wake of the foreclosure crisis, we're basically seeing dispossession on the back of dispossession," said Desiree Fields, Ph.D., a Professor of Urban Studies at Queens College in New York, who has studied the foreclosure crisis and written advocacy reports on real-estate investor activity in the foreclosure market. "You have a set of people who are low and moderate income who have been able to weather the foreclosure crisis as renters or as owners, and are now facing the possibility of losing what they have."

### Who's in control?

Mack has lived in the Boston area all her life, and bought her condo in a converted house in 2008. She says she and the owners of the two other units in the building would split the cost of repairs, snow plowing, and utilities. "We made it work perfectly," Mack recalls. But in 2010, her two neighbors lost their homes to foreclosure; the units were then owned by a bank. Mack says she kept fixing up the yard, paying for needed work on the property and bills for the whole building, and declared herself the trustee of the building's condo association.

Then in December 2012, A Sweet Lemonade bought the condo on the second floor of the building. Five days later, Mack got the email from the company asking her to start paying fees and telling her that the company's owner would now be the association trustee. A Sweet Lemonade started sending Mack bills for close to $300 each month for utilities and services like snow plowing and roof repair. Mack says that the company provided none of these latter services; that she continued to take care of the building herself. Five months later, those fees went up to $566, without any explanation, Mack says.

"That's just not something that I can afford," Mack said. "I am working extra overtime just to pay my regular bills and then they add hundreds more dollars?"

Though Sweet Lemonade controlled just a third of the units in the building at the time, in an email a month later, the company told Mack that it was "taking over," according to court filing's from Mack's attorney.

"They just forced their way into control of the condo association," said Nadine Cohen, Mack's attorney at Greater Boston Legal Services. "[Mack] was the association trustee but [City Realty] acted like there wasn't a trustee and took control."

In April 2013, the third unit in Mack's building was sold, this time to a company called BFFS LLC, which is managed by the same two men who manage A Sweet Lemonade. They are the owners of City Realty, one of Boston's largest real estate investors. City Realty has operated under at least 60 other names and, according to legal testimony by one of the company's owners, its management company runs 500 mostly residential properties in Boston. Local activists have accused the company of aggressively gentrifying Boston neighborhoods—most recently, buying up foreclosed buildings and then raising rents and evicting established and successful small businesses from storefront units.

Days after City Realty took majority control of Mack's building, the association, managed by City Realty, raised the fees to $566 each month, according Mack's court filing.

**"I BASICALLY FELT LIKE I WAS BEING TREATED LIKE A TENANT IN THE HOME I OWN."**

"I basically felt like I was being treated like a tenant in the home I own," Mack says, after working a 13-hour shift. "I lost all control and all of a sudden I was charged with fees there's no way I can pay."

The owners of City Realty did not reply to NBC's request for comment.

Mack says that after the condo fees went up, she stopped paying them: "I was doing the work and they still wanted me to pay?" she said. "That made no sense."

What she and other owners did not know at the time is that under Massachusetts law, there are nearly no circumstances under which members of condo associations can legally withhold fees. In June 2013, according to court filings, the Massachusetts law firm Marcus Errico Emmer and Brooks sent Mack a letter telling her that a lien had been placed on her condo fees, plus late fees and attorney's fees. The figure: $3,140, which later increased nearly three-fold. One month later, City Realty filed a complaint to foreclose on Mack's unit for the outstanding fees.

"These companies bank on current residents not knowing their rights," says Zoe Cronin, a housing attorney with Greater Boston Legal Services, whose attorneys represent Mack and others in her situation.

Mack's attorney at Greater Boston Legal Services, Nadine Cohen, says what her client is experiencing is "a new kind of takeover scheme that we think is picking up steam." Greater Boston Legal Services lawyers say they are currently looking into at least six cases like Mack's in Boston. Reporting by NBC News uncovered two more buildings where City Realty LLCs like A Sweet Lemonade appear to have acted similarly. In at least one case like Mack's, City Realty has recently agreed to cede control of the condo associations back to the existing owners after facing challenges from Cohen.

Seven current condo owners in these eight buildings told NBC that the management companies that now run their buildings set fees far above what the services actually cost, and they say that the investment companies and their associated management companies rarely do any of the work they're charging for. Several condo owners said their mortgage holders paid off the back fees, and then tacked those expenses onto the underlying mortgage, in turn raising mortgage payments beyond what they can afford.

It's not clear if anyone has so far been foreclosed on or otherwise pushed out of their condo as a result of this tactic. Calls by NBC to former owners of condo units now owned by City Realty were not returned.

A Boston city official, who spoke on the condition of anonymity, said that the practice appears legally questionable, though the official said that it may be an issue of a single bad actor. "This is something we'll keep an eye on," the official said.

Community activists echoed this. "We don't know how widespread it is," says Maria Christina Blanco, of City Life, a community based organization that fights evictions and is waging a broader campaign against City Realty. "The condo issues are just part of a larger trend around the country of investors going into neighborhoods, buying up property and making it far too expensive for current residents."

### Investors' aims: To improve property or neglect it?

Though City Realty did not reply to NBC's questions, in past statements to local Boston media, Fred Starikov, one of the company's principals said that the business is primarily invested in fixing up properties that have been neglected.

"We purchase distressed properties that are in need of major renovations and we invest in to low-income neighborhoods and provide affordable housing. ... I believe we provide a much needed service and I believe we are doing positive things."

Some condo owners disagree. In interviews with NBC, they say that the care of the properties has declined since the City Realty companies purchased the units and began renting them out. Some complained of trash strewn on the lawn, broken railings on porches and dirty hallways, as a result of new renters and lack of care from City Realty's management company.

Richard Brooks, an attorney at the firm Marcus Errico Emmer and Brooks, which represents condominium associations across the state and is counsel for condo associations managed by City Realty's owners, including, at one point, Mack's condo association, says that he's not authorized to speak about City Realty-managed associations in particular. But generally, he said, when investors buy condos and become trustees, they often find that current residents have not taken care of the properties or created formal condo associations.

"The complaint I hear from our clients is that the investor comes in and raises the fees to make the property better, to improve it," Brooks says. "And then the people who were there don't want to pay because they were fine with how it was before. But it's really about improving the property."

Sheila Dillon, chief of the Boston Department of Neighborhood Development says "some of the investors we see operating here have worked with tenants and made physical improvements. But some certainly have not done that and they've raised rents [on rental units], there's been displacement and they've neglected the buildings."

According to a report from Harvard Joint Center for Housing Studies and the Philadelphia Federal Reserve Bank, "as the opportunities for acquiring foreclosed properties have diminished"—foreclosed properties sold at auction declined by 57 percent in the last year, the Massachusetts Housing Partnership reported —"investors have become more creative in their methods for identifying potential acquisitions."

"Condos are an attractive kind of property for Investors," says Chris Herbert, Ph.D., Research Director at the Joint Center and co-author of the Harvard report. "They can often be bought at a low price and rented or sold at a significant gain. It helps if they control the whole building."

**"THEY'VE GOT AN OPEN BANK ACCOUNT."**

Marilyn Mack is still in her condo. After she secured legal support from Greater Boston Legal Services, she was able to negotiate the condo fees down by half of what City Realty had charged. "They were simply charging her 100 percent more than what the service actually cost," Cohen says, including $5,000 in back fees for fixing the roof, something Mack says City Realty's management company did not do.

"I live from paycheck to paycheck," Mack says. "[City Realty] is in it for the money, and they've got an open bank account in order to do it. I wish I was as fortunate as them."

SETH FREED WESSLER ✉

TOPICS BUSINESS NEWS

FIRST PUBLISHED OCT 6 2014, 11:38 AM ET

⬇ NEXT STORY In Plain Sight: Poverty In America

# Exhibit E

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

Suffolk, ss

HOUSING COURT DEPARTMENT
CITY OF BOSTON DIVISION
No. 12H84 CV 000376

CITY OF BOSTON INSPECTIONAL
SERVICES DEPARTMENT

Plaintiff

v.

JAMES DICKEY and
EAST FOURTH STREET LLC

et al.

Defendants

### RECEIVER'S MOTION FOR AUTHORIZATION TO ENFORCE RECEIVER'S PRIORITY LIEN BY FORECLOSURE THEREON AND TO OBTAIN ORDER AUTHORIZING FORECLOSURE SALE OF RECEIVERSHIP PROPERTY

Pursuant to G.L. c. 111 sec. 127I and the inherent equitable power of the Court, James J. Cotter, III, the Receiver appointed, herein moves that he be authorized to enforce the Receiver's priority lien by foreclosing thereon and by selling the property located at 497 East Fourth Street, South Boston, MA (the Receivership Property") by public auction in accordance with the proposed order filed herewith. In support of this motion, the Receiver states the following:

1. The Receiver was appointed by the Court for the purposes of correcting the violations of Article II of the State Sanitary Code and other illegal conditions at the Receivership Property (the Work");

1

2. The Receiver has corrected that portion of the Work that was necessary to correct illegal conditions in the exterior of the Receivership Property and to correct conditions that made the Receivership Property a danger to the public and, in so doing, has incurred costs, expenses, fees, in the sum of, to date, $42,036.81 ($16,187.50 previously allowed plus $25,849.31 requested on this date), which sum is a priority lien on the Receivership Property (the "Receiver's Priority Lien");

3. Upon information and belief, Defendants Dickey and East Fourth Street LLC will not pay the Receiver's Priority Lien;

4. Upon information and belief, U.S. Bank, Trustee, N.A. as Trustee for LSF9 Master Participation Trust, the holder of a mortgage on the Receivership Property, has elected not to pay the Receiver's Priority Lien; and,

5. The only manner in which to satisfy the Receiver's Priority Lien is to sell the Receivership Property by public auction.

WHEREFORE, the Receiver requests that the Court grant the following relief:

1. Issue a short order of notice;

2. Authorized the Receiver to enforce the Receiver's Priority Lien by selling the Receivership Property by public auction in accordance with the proposed order filed herewith;

3. After hearing, authorize the Receiver to disburse the net proceeds of the sale in the following order of priority:

a. payment of the costs of foreclosure and sale, including, without limitation, publication and service of notice costs, auctioneer fees and expenses, and additional attorneys fees and expenses;

    b. payment of the Receiver's Priority Lien in the sum approved by the Court and such additional fees and expense as approved by the Court;

    c. payment of sums owned to lien holders in the order of priority and as indicated in proof(s) of claims as field by such lien holders; and,

    d. payment of the balance, if any, to the owner of the Receivership Property.

    3. Grant such further relief as this Court deems just and equitable.

    Receiver
    By his attorney,

_____
James J. Cotter, III BBO 101620
P.O. Box 270
No. Quincy, MA 02171
617 899 0549
jjcotter3rd@verizon.net

Dated: January ___, 2016

Certificate of Service

I certify that on this date, I served the foregoing pleading upon all parties or their attorneys of record and on all lien holders by mailing a copy thereof by first class mail, postage prepaid, and informed them that would present the motion for a hearing in this court on January 29, 2016 at 9:00 A.M.

Signed under the penalty of perjury this ___ day of January 2016.

_____

# Exhibit F

New    Reply    Delete    Archive    Move to    Categories

Search Sent

Folders

Inbox

Junk

Drafts  75

Sent

Deleted

New folder

## re: request for temporary restraining order at Federal Court


jim    1:01 PM  Documents
To: sowens@harmonlaw.com

1 attachment (103.1 KB)    Outlook.com Active View



East Fourth St - rico...

Download as zip    Save to OneDrive

Scott,
 I will be filing a request for at TRO in the Boston Federal Court first thing tomorrow, to stop the foreclosure sale. Enclosed is a draft of the complaint I am filing, I will email you the TRO later today (still a work in progress). Thanks.

 Jim Dickey

---

From: jim.south.boston@hotmail.com
To: jim.south.boston@hotmail.com
Subject: rico draft
Date: Thu, 31 Mar 2016 12:29:21 -0400

c 2016 Microsoft    Terms    Privacy & cookies    Developers