UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CL[...]

[...] APR 1 [...] 4

U.S. [...]

## * EMERGENCY EX PARTE MOTION *

| | |
|---|---|
| JAMES DICKEY ) <br>     Plaintiff ) <br> ) <br>        v. ) <br> ) <br> CITY OF BOSTON, through the ) <br>     INSPECTIONAL SERVICE ) <br>     DEPARTMENT, ) <br>        Defendant ) <br> ) <br> EDWARD COBURN, individually and ) <br>     in his official capacity as lawyer ) <br>     for the City of Boston ) <br> ) <br> JAMES COTTER III, individually and ) <br>     in his official capacity as receiver ) <br>     for the Boston Housing Court ) <br> ) <br> MARYLOU MUIRHEAD, individually ) <br>     and in her official capacity as ) <br>     judge for the Boston Housing Court) <br> ) <br> JEFFERY WINIK, individually and in ) <br>     his official capacity as judge for ) <br>     the Boston Housing Court ) <br> ) <br> MARTIN WALSH, individually and ) <br>     in his official capacity as mayor ) <br>     of the City of Boston ) <br> ) <br> WILLIAM CHRISTOPHER, ) <br>     individually and in his official ) <br>     capacity as commissioner of ) <br>     Inspectional Service Department ) <br>     of the City of Boston ) <br> ) | CIVIL ACTION NO. |

FILED
IN CL___ __ ____ __
__ __R  1  __ __ __

___  __  __
L __ __  __  __  __ __

U.S. BANK TRUST N.A., individually )
    and as Trustee for LSF9 Master )
    Participation Trust )
     )
CALIBER HOME LOANS INC. )
     )
STEVEN AMARAL, )
     )
KATIE AMARAL, )
     )
JOSH FETTERMAN, )
     )
FRED STARIKOV, )
     )
ANDREW SIMPSON, )
     )
    Defendants )
     )

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Now come the plaintiff James Dickey ("Plaintiff") and brings this Motion pursuant to Federal Rules of Civil Procedure 65 and moves this Honorable Court for a Temporary Restraining Order or Preliminary Injunction to immediately stop the foreclosure of the Plaintiff's real property located at 497 East Fourth Street, South Boston, Massachusetts (the "Property").

**A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IS WARRANTED AS THE UNDERLINING COMPLAINT SEEKS TO DETERMINE THE EXTENT OF MORTGAGE/LIEN INTERESTS HELD BY DEFENDANTS.**

The essence of the Plaintiff's argument is that the receivership action in the Boston Housing Court is a sham, and that the actions of the defendant James Cotter, Jeffrey Winik,

Marylou Muirhead, Edward Coburn, Martin Walsh, William Christopher, U.S. Bank Trust

N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") and Caliber Home

Loans Inc. ("Caliber") violate Title IX of the Organized Crime Control Act of 1970, Public

Law 91-452, 84 Stat. 922, commonly known and referred to as RICO, codified at 18 U.S.C.

§ 1961, et. Seq., and in particular for violations of 18 U.S.C. § 1962. The Plaintiff asserts

violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C.

§ 1961-1968, the Hobbs Act, 18 U.S.C. § 1951, and Mail Fraud, 18 U.S.C. § 1341.

The underlining complaint filed in the instant case seeks to determine the

constitutionality of the receivership currently in place on the Property, and further questions

the validity or extent of mortgage interests held by LSF9 Master Participation Trust, and the

potential lien interest held by receiver James Cotter, on the Plaintiff's property.

**Wherefore**, the Plaintiff requests an oral hearing and move this Honorable Court for

an Order:

1. That defendants U.S. Bank, Caliber, James Cotter, their agents, servants, attorneys, and
   auctioneers be forthwith temporarily restrained and preliminarily enjoined from
   commencing a foreclosure auction/sale on the plaintiff's real properties located at 497
   East Fourth Street, South Boston, Massachusetts, until such time as to allow the
   underlying complaint to be tried.

2. That all the Defendant, their agents, servants, attorneys, and auctioneers be forthwith
   temporarily restrained and preliminarily enjoined from any action in regards to the
   plaintiff's real property located at 497 East Fourth Street, South Boston,
   Massachusetts, until such time as to allow the underlying complaint to be tried.

3. That this Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

James Dickey
8 NewBridge Road
Sudbury, MA 01776
(978) 443-2504

March 31, 2016

## VERIFICATION

I, James Dickey, do hereby dispose under the pains of penalties of perjury that I have read the foregoing motion and corresponding memorandum of law and attest and that I believe that, to the best of my knowledge, the complaint is true and accurate.

March 31, 2016

James Dickey