# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES DICKEY | |
|       Plaintiff | CIVIL ACTION NO. 16-cv-10636 |
| v. | |
| CITY OF BOSTON, through the INSPECTIONAL SERVICE DEPARTMENT | |
|     Defendant | |
| EDWARD COBURN, individually and in his official capacity as lawyer for the City of Boston | |
| JAMES COTTER III, individually and in his official capacity as receiver for the Boston Housing Court | |
| MARYLOU MUIRHEAD, individually and in her official capacity as judge for the Boston Housing Court | |
| JEFFREY WINIK, individually and in his official capacity as judge for the Boston Housing Court | |
| MARTIN WALSH, individually and in his official capacity as mayor of the City of Boston | |
| WILLIAM CHRISTOPHER, individually and in his official capacity as commissioner of Inspectional Service Department of the City of Boston | |
| U.S. BANK TRUST N.A., individually and as Trustee for LSF9 Master Participation Trust | |
| CALIBER HOME LOANS, INC | |

| | |
|---|---|
| STEVEN AMARAL, | |
| KATIE AMARAL, | |
| JOSH FETTERMAN, | |
| FRED STARIKOV, | |
| ANDREW SIMPSON, | |
| Defendants | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Darian M. Butcher, as counsel for Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., individually and as trustee for LSF9 Master Participation Trust in connection with the above-captioned action.

>Respectfully submitted,
>
>**CALIBER HOME LOANS, INC.** and
>**U.S. BANK TRUST, N.A., INDIVIDUALLY**
>**AND AS TRUSTEE FOR LSF9 MASTER**
>**PARTICIPATION TRUST**
>
>By their attorney,
>
>/s/ Darian M. Butcher
>Darian M. Butcher
>BBO #685568
>dbutcher@daypitney.com
>DAY PITNEY LLP
>One International Place
>Boston, MA 02110

DATED:     May 13, 2016                    Tel.   (617) 345-4668

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on May 13, 2016.

                /s/ Darian M. Butcher
                Darian M. Butcher