**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES DICKEY<br><br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, through the<br>    INSPECTIONAL SERVICE<br>    DEPARTMENT<br><br>    Defendant<br><br>EDWARD COBURN, individually and<br>    in his official capacity as lawyer<br>    for the City of Boston<br><br>JAMES COTTER III, individually and<br>    in his official capacity as receiver for<br>    the Boston Housing Court<br><br>MARYLOU MUIRHEAD, individually<br>    and in her official capacity as<br>    judge for the Boston Housing Court<br><br>JEFFREY WINIK, individually and in<br>    his official capacity as judge for<br>    the Boston Housing Court<br><br>MARTIN WALSH, individually and<br>    in his official capacity as mayor<br>    of the City of Boston<br><br>WILLIAM CHRISTOPHER,<br>    individually and in his official<br>    capacity as commissioner of<br>    Inspectional Service Department<br>    of the City of Boston<br><br>U.S. BANK TRUST N.A., individually<br>    and as Trustee for LSF9 Master<br>    Participation Trust<br><br>CALIBER HOME LOANS, INC | CIVIL ACTION NO. 16-cv-10636 |

| STEVEN AMARAL, |
| KATIE AMARAL, |
| JOSH FETTERMAN, |
| FRED STARIKOV, |
| ANDREW SIMPSON, |
|         Defendants |

**DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., individually and as trustee for LSF9 Master Participation Trust ("Defendants"), by and through their counsel, Day Pitney LLP ("Day Pitney"), and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move to dismiss Plaintiff James Dickey's ("Plaintiff") Verified Complaint filed in the United States District Court, District of Massachusetts on April 1, 2016 (the "Complaint").

As set forth herein and in the accompanying Memorandum of Law, Plaintiff alleges claims against Defendants for "intentional negligence and destruction" and violation of 18 U.S.C. § 1962(c)-(d). Plaintiff fails to state claims upon which relief can be granted because he fails to allege the necessary elements of each claim and, with regard to his claim for "intentional negligence and destruction," no such cause of action exists. Accordingly, and for the reasons set forth in the accompanying Memorandum of Law, Defendants request that this Court dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

Day Pitney certifies that it has attempted to confer with Plaintiff, who is *pro se*, in good faith to resolve or narrow the issues set forth herein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants hereby request oral argument on their Motion to Dismiss.

                    Respectfully submitted,
                    **CALIBER HOMES LOANS, INC. and**
                    **U.S. BANK TRUST, N.A. INDIVIDUALLY**
                    **AND AS TRUSTEE FOR LSF9 MASTER**
                    **PARTICIPATION TRUST**

                    By their attorneys,

                    /s/ Thomas J. O'Neill
                    Thomas J. O'Neill
                    BBO #559701
                    tjoneill@daypitney.com
                    DAY PITNEY LLP
                    One Canterbury Green
                    Stamford, CT 06103
                    Tel.   (203) 977-7301

                    Darian M. Butcher
                    BBO #685568
                    dbutcher@daypitney.com
                    DAY PITNEY LLP
                    One International Place
                    Boston, MA 02110
                    Tel.   (617) 345-4668

DATED:     May 13, 2016

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on May 13, 2016.

                                          <u>/s/ Darian M. Butcher</u>
                                          Darian M. Butcher