**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

| | | |
|---|---|---|
| JAMES DICKEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 16-10636-LTS |

FILED
IN CLERKS OFFICE
2016 MAY 19 AM 8:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Notice is hereby given that James Dickey, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an order denying the Plaintiff's motion to recuse Judge Leo T. Sorokin entered in this action on April 19, 2016.

Date: May 19, 2016

James Dickey
8 NewBridge Road
Sudbury, MA 01776
jim.south.boston@hotmail.com
(978) 443-2504