# United States Court of Appeals
## For the First Circuit

No. 16-1799

IN RE: JAMES DICKEY,

Petitioner.

Before

Lynch, Thompson and Kayatta,
Circuit Judges.

**JUDGMENT**

Entered: July 12, 2016

The petition for a writ of mandamus is denied. The writ of mandamus is an "exceptional remedy," one which the court should only grant in the exercise of its sound discretion. In re Cargill, Inc., 66 F.3d 1256, 1260 (1st Cir. 1995). Petitioner has failed to show that his right to mandamus relief is "'clear and indisputable.'" In re Bulger, 710 F.3d 42, 45 (1st Cir. 2013) (internal quotations omitted). In particular, he has failed to show that he is clearly entitled to recusal of the district judge pursuant to 28 U.S.C. §§ 455(b)(3) or any other recusal provision.

By the Court:

/s/ Margaret Carter, Clerk

cc:
James Dickey
Darian M. Butcher
Thomas J. O'Neill