**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

JAMES DICKEY,

Plaintiff,

v.

CITY OF BOSTON, et al.,

Defendants.

CIVIL NO. 16-10636-LTS

FILED
IN CLERKS OFFICE
2016 JUL 19 AM 10 5
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Notice is hereby given that James Dickey, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an order allowing defendants U.S. Bank Trust NA and Caliber Home Loans Inc. motion to dismiss against the Plaintiff's Amended Complaint, entered in this action on June 20, 2016.

Date: July 19, 2016

James Dickey
8 NewBridge Road
Sudbury, MA 01776
jim.south.boston@hotmail.com
(978) 443-2504