# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES DICKEY,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CITY OF BOSTON,** though its **INSPECTIONAL SERVICES DEPARTMENT**<br><br>**EDWARD COBURN,** individually and in his official capacity as lawyer for the City of Boston<br><br>**JAMES COTTER III,** individually and in his capacity as receiver for the Boston Housing Court<br><br>**MARYLOU MUIRHEAD,** individually and in her official capacity as Judge for Boston Housing Court<br><br>**JEFFREY WINIK,** individually and in his official capacity as Judge for the Boston Housing Court<br><br>**MARTIN WALSH,** individually and in his official capacity as mayor of the City of Boston<br><br>**WILLIAM CHRISTOPHER,** individually and in his official capacity as the commissioner of Inspectional Services Department of the City of Boston<br><br>**U.S. BANK TRUST N.A.,** individually and as Trustee for LSF9 Master Participation Trust<br><br>**CALIBER HOME LOAN INC.**<br><br>**STEVEN AMARAL,**<br><br>**KATIE AMARAL,**<br><br>**JOSH FETTERMAN,**<br><br>**FRED STARIKOV,**<br><br>**ANDREW SIMPSON,**<br><br>        **Defendants** | **Civil Action No.: 16 CV 10636 LTS** |

## MOTION TO DISMISS MOTION BY DEFENDANTS CITY OF BOSTON, EDWARD COBURN, MARTIN WALSH, AND WILLIAM CHRISTOPHER OF PLAINTIFF'S VERIFIED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants City of Boston, Edward Coburn, Martin Walsh, and William Christopher (hereinafter "Defendants" or "City Defendants") hereby moves this Court to dismiss all claims raised against him in the pro se 1ST Amended Verified Complaint of James Dickey. As grounds for this Motion Defendants state: (1) Claims One through Three, and Six through Seven should be dismissed, as they have previously been considered and rejected by this Court; (2) Plaintiff fails to allege sufficient facts to support any of his claims; and (3) this Complaint should be dismissed because Mr. Dickey is a vexatious litigant.

In further support of this Motion, the City submits the attached Memorandum of Law.

**WHEREFORE,** the Third-party defendant Edward Coburn respectfully requests that this Court dismiss the Verified Complaint in its entirety with prejudice.

DEFENDANT,
CITY OF BOSTON,
By his attorneys:

Eugene O'Flaherty
Corporation Counsel

/s/ Ashley K. Carvalho
Ashley K. Carvalho, BBO# 680032
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4034
Ashley.carvalho@boston.gov

Date: August 18, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2016, I filed this document through the Court's CM/ECF system and that paper copies will be sent to those identified as non-registered participants.

/s/ Ashley K. Carvalho
Ashley K. Carvalho

## **7.1 Certification**

I hereby certify that on July 13, 2016, Ashley K. Carvalho, Assistant Corporation Counsel for the City of Boston, attempted to conferred with the Plaintiff by telephone related to this Motion to Dismiss.

Date: August 18, 2016        /s/  Ashley K. Carvalho
Ashley K. Carvalho