# United States Court of Appeals
## For the First Circuit

No. 16-1962

JAMES DICKEY

Plaintiff - Appellant

v.

US BANK TRUST, N.A., individually and as trustee for LSF9 Master Participation Trust; CALIBER HOME LOANS, INC.

Defendants - Appellees

CITY OF BOSTON, through the Inspectional Service Department; EDWARD COBURN, individually and in his official capacity as lawyer for the City of Boston; JAMES JOSEPH COTTER, III, individually and in his official capacity as receiver for the Boston Housing Court; MARYLOU MUIRHEAD, individually and in her official capacity as judge for the Boston Housing Court; JEFFREY WINIK, individually and in his official capacity as judge for the Boston Housing Court; MARTIN J. WALSH, individually and in his official capacity as mayor of the City of Boston; WILLIAM CHRISTOPHER, individually and in his official capacity as commissioner the Inspectional Service Department of the City of Boston; STEVEN AMARAL; KATIE AMARAL; JOSH FETTERMAN; FRED STARIKOV; ANDREW SIMPSON

Defendants

**JUDGMENT**

Entered: September 28, 2016
Pursuant to 1st Cir. R. 27.0(d)

By order entered September 7, 2016, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by September 21, 2016, would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
James Dickey
Adam N. Cederbaum
Ashley K. Carvalho
Joseph Patrick Lucia
Darian M. Butcher
Thomas J. O'Neill
Joshua Krefetz
James Joseph Cotter III